# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, | **FILED UNDER SEAL** |
| Plaintiff, | Civil Action No. |
| v. | |
| ADEYOO STORE, AHAAMAZING, ALDMIO, ARCHZ, BAIYUESHOP, BEAUTIFUL ZOOM, BENGZHUI, BETTER NOW, BO&JIA, CELEHAPPY STORE, CHUANG THIS IS, COOPER LIFE, COUNTRYSCREEN, ELGVSK, FEIANDENGUS, FONESUN, FOURTUNA, FRIENDISU, FRYING, GREEK, HANNAFIRES, HAORANNER, HEYSUN, HEYTOP, HIROO, HJ-SIYANG, HOTOTT STORE US, HSPAIDYP, IPARTYGOO, JOOZZE, JUSTBEJOYFUL, KAITO GLOBAL STORE, KALUOFAN, A1UKPNDU39QTBN, KAWAARASHI, KNOWN, LENGFO, LILY'S MAGIC STORE, LOVELYDECOR, LUCKYSTAR PRODUCTS, LY ONE, MAITUMAOYI, MAYEN CO., MEOISDABEST, MOONVILA, MUALSO, MUXIANGXIANG, NANJINGXINGERMAOYIYOUXIANGONGS I, ONLY, PANDUOLA US, PARTSEXTRA, POWERFUL CLEANING, PUFANG, QINGXINGONGMAO, QUINSKKIN, RAMANI INTERNATIONAL STORE, RERIALSAERA, RISEHY, RK EXPORT ONLINE, S AUTO WORLD, SALE 666, SAMTVA ENTERPRISE, SANERYI-US, SHENZHENSHIDEJIKEJIYOUXIANGONGSI, TOKDJB-US, TOYLAND TOYS, TRIANGEL_YU, UK, UNITED UNICORNS PARTY, WDMG, WHALE ONLINE US, | |

XAMIT HOUSE ASSORTMENTS, XHXXM,
XINHUI BALLOON, YANG LI QIN,
YEHTRUM, YOGRE-SHOP, YOUCHICNOW,
YSVVALDEG-US, YUJIAONLY, YUNXUAN,
ZANCEAMY STORE,
ZHANGJIAJIESHIWULINGYUAN,
ZHANGMY, ZHANGSLI, ZUOSIBEI,
A3V0D8G0YTAR32,

       Defendants.

## **COMPLAINT**

Plaintiff Anagram International, LLC ("Plaintiff"), by and through its undersigned counsel, hereby files this Complaint against Adeyoo Store, Ahaamazing, ALDMIO, ArchZ, BAIYUESHOP, beautiful ZOOM, BengZhuI, Better Now, Bo&jia, Celehappy Store, CHUANG THIS IS, Cooper life, countryscreen, ELGVSK, FeiandengUs, fonesun, FOURTUNA, FRIENDISU, FRYING, Greek, HannaFires, HAORANNER, HEYSUN, HEYTOP, HiRoo, HJ-Siyang, Hotott Store US, HSPAIDYP, Ipartygoo, JOOZZE, Justbejoyful, Kaito Global Store, Kaluofan, A1UKPNDU39QTBN, Kawaarashi, known, LengFo, Lily's magic store, LOVELYDECOR, Luckystar Products, LY ONE, maitumaoyi, Mayen Co., MeoIsDaBest, MoonVila, mualso, muxiangxiang, NanjingXingermaoyiyouxiangongsi, ONLY, Panduola US, PartsExtra, Powerful cleaning, Pufang, QINGXINGONGMAO, Quinskkin, RAMANI INTERNATIONAL STORE, Rerialsaera, Risehy, RK Export Online, S AUTO

WORLD, sale 666, SAMTVA ENTERPRISE, Saneryi-US, shenzhenshidejikejiyouxiangongsi, Tokdjb-US, Toyland TOYS, Triangel_yu, UK, United Unicorns Party, wdmg, Whale Online US, Xamit house assortments, XHXXM, Xinhui balloon, YANG LI QIN, Yehtrum, YOGRE-Shop, Youchicnow, YSVVALDEG-US, yujiaonly, YUNXUAN, Zanceamy store, zhangjiajieshiwulingyuan, ZhangMY, ZhangSLi, Zuosibei, A3V0D8G0YTAR32 the defendants identified in the caption and in Schedule A (collectively, "Defendants"), and alleges as follows:

## JURISDICTION AND VENUE

1.    This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Copyright Act, 17 U.S.C. § 101, *et seq*., 28 U.S.C. § 1338(a)-(b), and 28 U.S.C. § 1331.

2.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendants pursuant to Federal Rule of Civil Procedure 4(k)(2) since each of the Defendants directly targets consumers in the United States, including Georgia, through at least the fully interactive commercial Internet stores operating under the Defendant aliases and/or the online marketplace accounts identified in Schedule A attached hereto (collectively, the "Defendant Internet Stores"). Specifically, Defendants are reaching out to do business with Georgia residents by operating one or more

3

commercial, interactive Internet stores through which Georgia residents can purchase products utilizing infringing versions of Plaintiff's copyrights. Each of the Defendants has targeted Georgia residents by operating online stores that offer shipping to the United States, including Georgia, accept payment in U.S. dollars and, on information and belief, have sold products utilizing infringing versions of Plaintiff's federally registered copyrights to residents of Georgia. Each of the Defendants is committing tortious acts in Georgia, is engaging in interstate commerce, and has wrongfully caused Plaintiff substantial injury in the State of Georgia.

## **PARTIES**

3.    Plaintiff, Anagram International LLC, is the world's largest manufacturer and supplier of foil balloons. Utilizing its original copyrighted designs, Plaintiff sells foil balloons via its website, various web sales venues, and to other retailers and wholesalers in the party industry.

4.    Plaintiff is the owner of 29 separate copyrighted designs for foil balloons (the "Anagram Works"), each of which is registered with the United States Copyright Office:

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Happy Bee |  | March 15, 1997 | Apr 24, 2003 | VA 1-206-711 |
| Champagne Bottle |  | Jan 21, 1998 | Aug 03, 2017 | VA 2-060-573 |
| It's A Girl Foot |  | Dec 15, 2000 | Apr 24, 2003 | VA 1-206-717 |
| Sunshine Sun |  | Jan 25, 2000 | March 27, 2018 | VA 2-118-018 |
| Dancing Skeleton |  | Feb 15, 2012 | Oct 30, 2019 | VA 2-185-233 |
| Spider |  | Feb 15, 2012 | Oct 30, 2019 | VA 2-185-234 |
| Smiley Snowman |  | June 01, 2015 | Jan 09, 2020 | VA 2-204-649 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Pineapple |  | June 15, 2015 | Nov 08, 2019 | VA 2-192-097 |
| Rainbow with Clouds |  | Jan 25, 2000 | Mar 28, 2018 | VA 2-117-643 |
| Dump Truck |  | Aug 30, 2015 | Feb 21, 2020 | VA 2-192-008 |
| Tropical Palm Trees |  | May 23, 2019 | Mar 18, 2021 | VA 2-247-339 |
| Iridescent Ghost |  | Oct 22, 2018 | Mar 14, 2019 | VA 2-176-628 |
| Babysaurus |  | Oct 01, 2019 | Mar 18, 2021 | VA 2-247-340 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Zebra Print Patterns |  | Jan 16, 2020 | Feb 11, 2020 | VA 2-197-444 |
| Stacked Bday Icons |  | May 06, 2020 | May 14, 2020 | VA 2-207-797 |
| Stegosaurus |  | Aug 21, 2018 | Feb 19, 2024 | VA 2-392-990 |
| Silly Octopus |  | April 01, 2016 | April 18, 2024 | VA 2-403-719 |
| Mr. Froggy |  | Dec. 01, 2017 | April 18, 2024 | VA 2-403-726 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Happy Cake Day |  | Feb. 09, 2021 | April 19, 2024 | VA 2-403-702 |
| Happy Spring Butterfly |  | June 15, 2015 | April 23, 2019 | VA 2-156-842 |
| Disco Ball |  | May 29, 2018 | February 12, 2020 | VA 2-198-751 |
| Champagne Glass |  | February 08, 1999 | July 24, 2017 | VA 2-059-085 |
| Black Bat |  | September 16, 2016 | September 27, 2024 | VA 2-442-060 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Triple Layer Cake |  | March 06, 2012 | July 24, 2017 | VA 2-059-121 |
| LOVE Wedding |  | May 06, 2020 | May 14, 2020 | VA 2-207-831 |
| Star Cluster Black & Gold |  | May 06, 2020 | May 14, 2020 | VA 2-207-833 |
| Police Car |  | June 30, 2015 | November 08, 2019 | VA 2-192-096 |
| Magical Unicorn |  | July 05, 2017 | February 01, 2018 | VA 2-085-924 |

5.      True and correct copies of the copyright registration certificates for the Anagram Works are attached hereto as **Exhibit 1**.

6.      Plaintiff has expended substantial time, money, and other resources in developing, advertising, and otherwise promoting the Anagram Works. The success of the Anagram Works is due in large part to Plaintiff's marketing, promotional, and distribution efforts. As a result, products associated with the Anagram Works are recognized and exclusively associated by consumers, the public, and the trade as products authorized by Plaintiff (the "Anagram Products"). *See* https://anagramballoons.com/products.

7.      Plaintiff has made efforts to protect Plaintiff's interests in and to the Anagram Works. No one other than Plaintiff and Plaintiff's licensees is authorized to manufacture, import, export, advertise, create derivative works, offer for sale, or sell any goods utilizing the Anagram Works without the express written permission of Plaintiff.

8.      Defendants are individuals and business entities who, upon information and belief, reside in various foreign jurisdictions, including but not limited to China and other Asian countries. Defendants conduct business throughout the United States, including within Georgia and in this judicial district, through the Defendant Internet Stores. Each Defendant targets the United States, including Georgia, and has offered to sell and, on information and belief, has sold and continues to sell

unauthorized and infringing versions of the Anagram Products to consumers within the United States, including Georgia and in this judicial district.

## FACTUAL BACKGROUND

9.     In an effort to illegally profit from the creative content of the Anagram Works, Defendants have created numerous Defendant Internet Stores and have designed them to appear to be selling authorized Anagram Products.

10.     The Defendant Internet Stores share unique identifiers, such as design elements and similarities in the unauthorized products offered for sale, establishing a logical relationship between them and suggesting that Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences. Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and inner workings of their illegal operations.

11.     Plaintiff has been forced to file this action to combat Defendants' piracy of the Anagram Works. Plaintiff has been and continues to be irreparably damaged through loss of control over its valuable intellectual property and creative content, substantial damage to its reputation and goodwill, loss of quality control, lost profits, and significant impairment of its ability to license, as a direct and proximate result of Defendants' willful actions, and seeks injunctive and monetary relief.

12.    The rise of online retailing, coupled with the ability of e-commerce sites to hide their identities, has made it nearly impossible for Plaintiff to police its rights, since availing itself of takedown procedures to remove infringing products is an ineffective and endless game of whack-a-mole against the mass piracy occurring on the internet.

13.    A swarm of infringers has decided to trade upon Plaintiff's reputation, goodwill, and valuable intellectual property by selling and offering for sale unauthorized products using the Anagram Works. The cumulative effect of the mass piracy that is taking place has overwhelmed Plaintiff and its ability to police its rights against the hundreds of anonymous defendants who are selling infringing products at prices below those of genuine products.

To offer infringing products at prices substantially below those of genuine products, while still turning a profit after absorbing the costs of manufacturing, advertising, and shipping, requires an economy of scale only achievable through a cooperative effort throughout the supply chain. As Homeland Security's recent report confirms, infringers act in concert through coordinated supply chains and distribution networks to unfairly compete with legitimate brand owners while generating huge profits for the illegal pirating network:

> Historically, many counterfeits were distributed through swap meets and individual sellers located on street corners. Today, counterfeits are being trafficked through vast e-commerce supply chains in concert with marketing, sales, and distribution networks. **The**

**ability of e-commerce platforms to aggregate information and reduce transportation and search costs for consumers provides a big advantage over brick-and-mortar retailers. Because of this, sellers on digital platforms have consumer visibility well beyond the seller's natural geographical sales area.**

. . .

Selling counterfeit and pirated goods through e-commerce is a highly profitable activity: production costs are low, millions of potential customers are available online, transactions are convenient, and listing on well-branded e-commerce platforms provides an air of legitimacy.

. . .

The impact of counterfeit and pirated goods is broader than just unfair competition. Law enforcement officials have uncovered intricate links between the sale of counterfeit goods and transnational organized crime. **A study by the Better Business Bureau notes that the financial operations supporting counterfeit goods typically require central coordination**, making these activities attractive for organized crime, with groups such as the Mafia and the Japanese Yakuza heavily involved. Criminal organizations use coerced and child labor to manufacture and sell counterfeit goods. In some cases, the proceeds from counterfeit sales may be supporting terrorism and dictatorships throughout the world.

*See* U.S. Department of Homeland Security, *Combating Trafficking in Counterfeit and Pirated Goods*, Jan. 24, 2020, (https://www.dhs.gov/publication/combating-trafficking-counterfeit-and-pirated-goods), at 10, 19 (emphasis added), a true and correct copy of which is attached hereto as **Exhibit 3**.

14.    The Defendant Internet Stores share unique identifiers, such as design elements and similarities of the unauthorized products offered for sale, establishing a logical relationship between them and suggesting that

Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences. Defendants use aliases to avoid liability by going to great lengths to conceal both their identities and the full scope and inner workings of their illegal network. Despite deterrents such as takedowns and other measures, the use of aliases enables infringers to stymie authorities:

> The scale of counterfeit activity online is evidenced as well by the significant efforts e-commerce platforms themselves have had to undertake. A major e-commerce platform reports that its proactive efforts prevented over 1 million suspected bad actors from publishing a single product for sale through its platform and blocked over 3 billion suspected counterfeit listings from being published to their marketplace. Despite efforts such as these, private sector actions have not been sufficient to prevent the importation and sale of a wide variety and large volume of counterfeit and pirated goods to the American public.
>
> . . .
>
> A counterfeiter seeking to distribute fake products will typically set up one or more accounts on online third-party marketplaces. The ability to rapidly proliferate third- party online marketplaces greatly complicates enforcement efforts, especially for intellectual property rights holders. Rapid proliferation also allows counterfeiters to hop from one profile to the next even if the original site is taken down or blocked. On these sites, online counterfeiters can misrepresent products by posting pictures of authentic goods while simultaneously selling and shipping counterfeit versions.
>
> . . .
>
> Not only can counterfeiters set up their virtual storefronts quickly and easily, but they can also set up new virtual storefronts when their existing storefronts are shut down by either law enforcement or through voluntary initiatives set up by other stakeholders such as market platforms, advertisers, or payment processors.

*Id.* at 5, 11, 12.

15.    E-commerce giant Alibaba has also made public its efforts to control piracy and counterfeiting on its platform. It formed a special task force that worked in conjunction with Chinese authorities for a boots-on-the-ground effort in China to stamp out counterfeiters. In describing the counterfeiting networks it uncovered, Alibaba expressed its frustration in dealing with "vendors, affiliated dealers and factories" that rely upon fictitious identities that enable counterfeiting rings to play whack-a-mole with authorities:

## Fighting China's counterfeits in the online era

Xinhua | Updated: 2017-09-19 14:20                               f  ✆  in  +

BEIJING - A secret team in Chinese e-commerce giant Alibaba has the task of pretending to be online consumers who test-buy purchases from the billion-plus products on its platforms.

…

Alibaba's Anti-Counterfeiting Special Task Force, formed last year, actively works with local law enforcement agencies, said Qin Seng.

"After we clean up online shops selling counterfeits, the counterfeiters usually change their identities and places of dispatch, using more covert means to continue selling online," Qin said.

The team uses big data to identify counterfeits and the vendors, affiliated dealers and factories suspected of producing or selling counterfeit items. They pass evidence to the public security, administration of commerce and industry, quality inspection, food and drug supervision and other law enforcement agencies. At the same time, they investigate the evidence in the field.

The team faces many risks in their offline probes.

"Most counterfeiting dens are hidden and well-organized. For example, we encountered a village producing counterfeits. The villagers installed cameras everywhere and when they saw outsiders entering, they became vigilant and even threatened us," Qin said.

*See* Xinhua, *Fighting China's Counterfeits in the Online Era,* China Daily (Sept. 19, 2017), available at www.chinadaily.com.cn/business/2017-09/19/content_32200290.htm (**Exhibit 4**).

16.     Plaintiff has been and continues to be irreparably harmed through loss of control over Plaintiff's reputation and goodwill, loss of quality control over goods featuring the Anagram Works, impairment of its ability to license, and substantial economic injury. The rise of e-commerce as a method of supplying goods to the public exposes brand holders and content creators that make significant investments in their products to significant harm from counterfeiters:

> Counterfeiting is no longer confined to street-corners and flea markets. The problem has intensified to staggering levels, as shown by a recent Organisation for Economic Cooperation and Development (OECD) report, which details a 154 percent increase in counterfeits traded internationally — from $200 billion in 2005 to $509 billion in 2016. Similar information collected by the U.S. Department of Homeland Security (DHS) between 2000 and 2018 shows that seizures of infringing goods at U.S. borders have increased 10-fold, from 3,244 seizures per year to 33,810.
>
> …
> The rise in consumer use of third-party marketplaces significantly increases the risks and uncertainty for U.S. producers when creating new products. It is no longer enough for a small business to develop a product with significant local consumer demand and then use that revenue to grow the business regionally, nationally, and internationally with the brand protection efforts expanding in step. Instead, with the international scope of e-commerce platforms, once a small business exposes itself to the benefits of placing products online — which creates a geographic scope far greater than its more limited brand protection efforts can handle — it begins to face increased foreign infringement threat.

. . .

Moreover, as costs to enter the online market have come down, such market entry is happening earlier and earlier in the product cycle, further enhancing risk. If a new product is a success, counterfeiters will attempt, often immediately, to outcompete the original seller with lower-cost counterfeit and pirated versions while avoiding the initial investment into research and design.

. . .

Counterfeiters have taken full advantage of the aura of authenticity and trust that online platforms provide. While e-commerce has supported the launch of thousands of legitimate businesses, their models have also enabled counterfeiters to easily establish attractive "store-fronts" to compete with legitimate businesses.

*Combating Trafficking in Counterfeit and Pirated Goods*, Jan. 24, 2020 (**Exhibit 3**), at 4, 8, 11.

17.    Not only are the intellectual property owners harmed, but the public

is also harmed as well:

The rapid growth of e-commerce has revolutionized the way goods are bought and sold, allowing for counterfeit and pirated goods to flood our borders and penetrate our communities and homes. Illicit goods trafficked to American consumers by e- commerce platforms and online third-party marketplaces threaten public health and safety, as well as national security. This illicit activity impacts American innovation and erodes the competitiveness of U.S. manufacturers and workers. The President's historic memorandum provides a much warranted and long overdue call to action in the U.S. Government's fight against a massive form of illicit trade that is inflicting significant harm on American consumers and businesses. This illicit trade must be stopped in its tracks.

*Id.* at 3, 4. (Underlining in original).

18.    Plaintiff's investigation shows that the telltale signs of an illegal

infringing scheme are present in this action. For example, Schedule A shows the

use by the Defendant Internet Stores of store names that employ no typical business nomenclature and, instead, appear to be fabricated; or, where a name appears legitimate, online research reveals no known business address. Thus, the Defendant Internet Stores are using fake online storefronts designed to appear to sell genuine Anagram Products, while actually selling unauthorized and inferior counterfeit versions of Plaintiff's Anagram Products utilizing the Anagram Works ("Infringing Products").

19.    Screenshot evidence showing each Defendant selling Infringing Products is attached as **Exhibit 2.**

20.    The Defendant Internet Stores also share unique identifiers, such as design elements and similarities of the Infringing Products offered for sale, establishing a logical relationship between them, and suggesting that Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences. Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and inner workings of their illegal infringing operation.

21.    The Infringing Products for sale in the Defendant Internet Stores bear similarities and indicia of being related to one another, suggesting that the Infringing Products were manufactured and originate from a common source and that, upon information and belief, Defendants constitute an interrelated group of

counterfeiters and infringers working in active concert and participation with each other to knowingly and willfully manufacture, import, distribute, offer for sale, and sell Infringing Products.

22.    The Defendant Internet Stores intentionally conceal their identities and the full scope of their infringing operations in an effort to deter Plaintiff from learning Defendants' true identities and the exact inner workings of Defendants' illegal operations. Defendants go to great lengths to conceal their identities by using multiple fictitious names and addresses to register and operate their massive network of Defendant Internet Stores.

23.    Upon information and belief, Defendants regularly create new websites and online marketplace accounts on various platforms using the identities listed in Schedule A to the Complaint, as well as other unknown fictitious names and addresses. Such Defendant Internet Store registration patterns are one of many common tactics used by the Defendants to conceal their identities and the full scope and inner workings of their massive infringing operation and to avoid being shut down.

24.    In addition to operating under multiple fictitious names, Defendants in this case and defendants in other similar cases against online infringers use a variety of other common tactics to evade enforcement efforts. For example, infringers like Defendants will often register new online marketplace accounts

under new aliases once they receive notice of a lawsuit. Infringers also typically ship products in small quantities via international mail to minimize detection by U.S. Customs and Border Protection. A 2021 U.S. Customs and Border Protection report on seizure statistics indicated that e-commerce sales accounted for 13.3% of total retail sales, with the second quarter of 2021 retail e-commerce sales estimated at $222.5 billion. U.S. Customs and Border Protection, *Intellectual Property Rights Seizure Statistics* FY 2021 at 23. A true and correct copy of CBP's FY 2021 report is attached hereto as **Exhibit 5**.

25.    Further, infringers such as Defendants typically operate multiple credit card merchant accounts and third-party accounts, such as PayPal, LLC ("PayPal") accounts, behind layers of payment gateways so that they can continue operations in spite of Plaintiff's enforcement efforts.

26.    Upon information and belief, Defendants maintain offshore bank accounts and regularly move funds from their PayPal accounts to offshore bank accounts outside the jurisdiction of this Court.

27.    Defendants, without any authorization or license, have knowingly and willfully infringed Plaintiff's Anagram Works in connection with the advertising, distribution, offering for sale, and sale of infringing products into the United States and Georgia over the Internet. Each Defendant Internet Store offers shipping to the United States, including Georgia, and, on information and belief,

each Defendant has offered to sell and has sold Infringing Products into the United States, including Georgia.

28.    Upon information and belief, at all times relevant hereto, the Defendants in this action have had full knowledge of Plaintiff's ownership of the Anagram Works, including Plaintiff's exclusive right to use and license such intellectual property and the goodwill associated therewith.

## COUNT I
## COPYRIGHT INFRINGEMENT (17 U.S.C. § 101 *et seq.*)

29.    Plaintiff repeats and incorporates by reference herein the allegations contained in the above paragraphs of this Complaint.

30.    The Anagram Works have significant value and have been produced and created at considerable expense.

31.    At all relevant times, Plaintiff has been the holder of the pertinent exclusive rights infringed by Defendants, as alleged hereunder, including the Anagram Works and derivative works. The Anagram Works are the subject of valid Copyright Registration Certificates issued by the Register of Copyrights. (**Exhibit 1**).

32.    Each Defendant, without the permission or consent of Plaintiff, has sold and continues to sell online infringing copies and derivative works of the copyrighted Anagram Works. Each Defendant has violated Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions

constitute infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. § 101 et seq.).

33.    The foregoing acts of infringement constitute a collective enterprise involving shared, overlapping facts and have been willful, intentional, and in disregard of and with indifference to the rights of the Plaintiff.

34.    As a result of each Defendant's infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. § 504 and to Plaintiff's attorneys' fees and costs pursuant to 17 U.S.C. § 505.

35.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's copyrights and ordering that each Defendant destroy all unauthorized copies.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

(1)    Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert

or participation with them be permanently enjoined and restrained from the following actions. Given that Defendants operate online storefronts and have the ability to control their product listings and sales activities, they have the capacity to comply with the proposed injunctive relief without undue burden:

(a)    Reproducing, distributing, publicly displaying, and preparing derivative works based upon the Anagram Works;

(b)    making, using, offering to sell, selling, and importing any products not authorized by Plaintiff;

(c)    effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth herein; and

(d)    aiding, abetting, contributing to, or otherwise assisting anyone in infringing Plaintiff's copyrights in the Anagram Works.

(2)    Directing that Defendants deliver for destruction all products not authorized by Plaintiff that include any reproduction, copy, or colorable imitation of any of the Anagram Works.

(3)    Entering an Order that all banks, savings and loan associations, other financial institutions, payment processors, online marketplaces, and other third

parties who are in active concert or participation with Defendants shall, within two (2) business days of receipt of an Order entered by this Court:

    (a)    Locate all accounts connected to Defendants;

    (b)    Restrain and enjoin such accounts from transferring or disposing of any money or other of Defendants' assets; and

    (c)    Transfer to Plaintiff all funds restrained in such accounts up to the amount of any monetary relief awarded to Plaintiff by this Court within ten (10) business days of receipt of such Order.

    (4)    Entering an Order that, until Plaintiff has recovered full payment of monies owed to it by Defendants, in the event that any new financial accounts controlled or operated by Defendants are identified, Plaintiff shall have the ongoing authority to direct any banks, savings and loan associations, other financial institutions, payment processors, and online marketplaces, with whom such newly identified accounts are maintained, to carry out the following activities:

    (a)    Locate all accounts connected to Defendants;

    (b)    Restrain and enjoin such accounts from transferring or disposing of any money or other of Defendants' assets; and

    (c)    Transfer any funds restrained in such accounts to Plaintiff within ten (10) business days of receipt of this Order.

(5)     Awarding Plaintiff statutory damages based on Defendants' willful copyright infringement, pursuant to 17 U.S.C. § 504(c)(2), in an amount of $150,000 per infringed work, per Defendant;

(6)     Alternatively, should the Court not award Plaintiff statutory damages, that Defendants be ordered to pay to Plaintiff all actual damages sustained by Plaintiff as a result of Defendants' infringement, said amount to be determined at trial; and that Defendants account for and pay to Plaintiff all profits realized by Defendants by reason of Defendants' infringement of the Anagram Works as complained of herein, to the extent not already accounted for in the above-referenced assessment of actual damages;

(7)     Awarding Plaintiff its reasonable attorneys' fees and costs; and

(8)     Awarding Plaintiff any and all other relief that this Court deems just and proper.

Date: August 14, 2025                    Respectfully submitted,

                                         **/s/ Jayma C. Leath**
                                         Jayma C. Leath, Esq.
                                         Georgia Bar No. 639678
                                         **HIGBEE & ASSOCIATES**
                                         3110 W. Cheyenne
                                         Suite 200
                                         Santa Ana, CA 92705
                                         (714) 617-8350
                                         (714) 597-6729 facsimile
                                         jleath@higbee.law

                                         Shengmao (Sam) Mu, *pro hac vice pending*
                                         Abby Neu, *pro hac vice pending*
                                         Ryan E. Carreon, *pro hac vice pending*
                                         **WHITEWOOD LAW PLLC**
                                         57 West 57th Street, 3rd and 4th Floors
                                         New York, NY 10019
                                         Telephone: (917) 858-8018
                                         Email: smu@whitewoodlaw.com

                                         *Counsel for Plaintiff*

## SCHEDULE A

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| 1 | Adeyoo Store |
| 2 | Ahaamazing |
| 3 | ALDMIO |
| 4 | ArchZ |
| 5 | BAIYUESHOP |
| 6 | beautiful ZOOM |
| 7 | BengZhuI |
| 8 | Better Now |
| 9 | Bo&jia |
| 10 | Celehappy Store |
| 11 | CHUANG THIS IS |
| 12 | Cooper life |
| 13 | countryscreen |
| 14 | ELGVSK |
| 15 | FeiandengUs |
| 16 | fonesun |
| 17 | FOURTUNA |
| 18 | FRIENDISU |
| 19 | FRYING |
| 20 | Greek |
| 21 | HannaFires |
| 22 | HAORANNER |
| 23 | HEYSUN |
| 24 | HEYTOP |
| 25 | HiRoo |
| 26 | HJ-Siyang |
| 27 | Hotott Store US |
| 28 | HSPAIDYP |
| 29 | Ipartygoo |
| 30 | JOOZZE |
| 31 | Justbejoyful |
| 32 | Kaito Global Store |
| 33 | Kaluofan |
| 34 | KatchOn™ Store |
| 35 | Kawaarashi |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| 36 | known |
| 37 | LengFo |
| 38 | Lily's magic store |
| 39 | LOVELYDECOR |
| 40 | Luckystar Products |
| 41 | LY ONE |
| 42 | maitumaoyi |
| 43 | Mayen Co. |
| 44 | MeoIsDaBest |
| 45 | MoonVila |
| 46 | mualso |
| 47 | muxiangxiang |
| 48 | NanjingXingermaoyiyouxiangongsi |
| 49 | ONLY |
| 50 | Panduola US |
| 51 | PartsExtra |
| 52 | Powerful cleaning |
| 53 | Pufang |
| 54 | QINGXINGONGMAO |
| 55 | Quinskkin |
| 56 | RAMANI INTERNATIONAL STORE |
| 57 | Rerialsaera |
| 58 | Risehy |
| 59 | RK Export Online |
| 60 | S AUTO WORLD |
| 61 | sale 666 |
| 62 | SAMTVA ENTERPRISE |
| 63 | Saneryi-US |
| 64 | shenzhenshidejikejiyouxiangongsi |
| 65 | Tokdjb-US |
| 66 | Toyland TOYS |
| 67 | Triangel_yu |
| 68 | UK |
| 69 | United Unicorns Party |
| 70 | wdmg |
| 71 | Whale Online US |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| 72 | Xamit house assortments |
| 73 | XHXXM |
| 74 | Xinhui balloon |
| 75 | YANG LI QIN |
| 76 | Yehtrum |
| 77 | YOGRE-Shop |
| 78 | Youchicnow |
| 79 | YSVVALDEG-US |
| 80 | yujiaonly |
| 81 | YUNXUAN |
| 82 | Zanceamy store |
| 83 | zhangjiajieshiwulingyuan |
| 84 | ZhangMY |
| 85 | ZhangSLi |
| 86 | Zuosibei |
| 87 | 皓倩奕贸易商行 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 1 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ATVZXC2PFJUTH&asin=B0D73DN2B2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 2 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AHFY774BOM2R4&asin=B0D9S9DF7M&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 3 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A20TCOMYCF46LL&asin=B09VNR6NNL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 4 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32PQUAD8XIENB&asin=B0D48JM8XZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 5 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMUERANM2GOQY&asin=B0F1F6FSVK&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 6 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A8WZAY0V7TKC6&asin=B0CM18X3KF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 7 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1PQUHS2FKCUDN&asin=B0CYTK6M21&ref_=dp_merchant_link |
| 8 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1CIKDZID6D5U4&asin=B0BVFVQ9ZG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 9 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1AL2YU3FG7BME&asin=B0DLKXM8CT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 10 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AVOBA1IW8S7PW&asin=B0D73YRY1S&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 11 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1LCP39J3M75LX&asin=B0F9VKT36P&ref_=dp_merchant_link |
| 12 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1RY3HPOIUZD8A&asin=B087RW4LVT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 13 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1RL6MHB6ES6D3&asin=B09YR2DQ29&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 14 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AJP8XD1NK9K7C&asin=B0DF5HV5RT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 15 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2ER5SHUQMJ3BG&asin=B0B95X6SLW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 16 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A240MEK5NSD0D0&asin=B0DZ33TY7C&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 17 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2EE8DKKH3KW2U&asin=B0D8JRQ3XS&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 18 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AAFL4EPADIQHU&asin=B0D6XSVQVP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 19 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AE6F4UUQFY83O&asin=B0B4WXRRZF&ref_=dp_merchant_link |
| 20 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2LYEI3987WKE4&asin=B0CJ2MD2VL&ref_=dp_merchant_link |
| 21 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A313ATE8RL3D3B&asin=B0DPW9CGZF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 22 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XWR3DVWPHBGV&asin=B0DDKXW3J5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 23 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35XDF0IZSWKDU&asin=B09D3H2656&ref_=dp_merchant_link |
| 24 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2B8WA5UHWGQ93&asin=B0F6K7JW62&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 25 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2MFM06ANU3J5W&asin=B0D4HRJZ1B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 26 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AA0URPUIWJKFK&asin=B0D6RVGMV7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29DSVHRZN1YA&asin=B08DRGWW3M&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 28 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AOY7ISUVC1TEG&asin=B0D5LS1XD6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 29 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ME7WNXUMM |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| | BX&asin=B0D7ZDC6KM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 30 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JQM45QA9MT4E&asin=B0C4FM3841&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 31 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2ZT1ES5QZ37JF&asin=B0DZP4FRMC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 32 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2E5RM1SAQFUO4&asin=B0DLGZL5B9&ref_=dp_merchant_link |
| 33 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A99835TYX6GOR&asin=B0DG8FJ1RR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 34 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1UKPNDU39QTBN&asin=B074Y4R4K4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 35 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2480Y4B2WO594&asin=B0DC62R5P9&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 36 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Z6NO07V7TQBH&asin=B0DDM44LZT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 37 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L4H61YCM12I&asin=B0BKWNJZMR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 38 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1SBF9T5BUWYF7&asin=B0D4F7JJSC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 39 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A22IPSIGRI2AKQ&asin=B0F5395TBQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 40 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2EFVEZQHSGNW2&asin=B085XXKQVL&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 41 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AB2B0W897JLL7&asin=B07Y27YXWP&ref_=dp_merchant_link |
| 42 | https://www.amazon.com/sp?ie=UTF8&seller=A4HGRVX73YX0P&isAmazonFulfilled=0&asin=B08KNX1GFS&ref_=olp_merch_name_1 |
| 43 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2KCX1Q3EP95E5&asin=B0CSBJLGDY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 44 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A38VWKFE2R20PG&asin=B0CPPCPZLZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 45 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14EU6AOGTBHON&asin=B09C3MS72B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 46 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A17VIHOMD8TIR6&asin=B0DK2TTGZ1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 47 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1MG8H9MUCEZ2V&asin=B0DDCNPYMP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 48 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31SRPX11T1JFQ&asin=B0CQR7V86N&ref_=dp_merchant_link |
| 49 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A367HAU1QNIAXE&asin=B0BY2GTR23&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 50 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AI5YC4UWHZYA1&asin=B0C1C2NQ91&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 51 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31FQYG8Z8R2WV&asin=B0BZ795VJK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 52 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3IFILXKY10UQN&asin=B0D3LHJ1KJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 53 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A19953FB9C6PHP&asin=B0F29253R6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 54 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2GRNV3P3LR0LH&asin=B0DBPCGQ16&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 55 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3IT2191KQNDS6&asin=B0DB1DZ45Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 56 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DTYO76NU3KF3&asin=B0DJSLVQBQ&ref_=dp_merchant_link |
| 57 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1F8YSWMFTMFK1&asin=B0DY7KXCWX&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 58 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3K7LCKNESH1KW&asin=B0D9QF3571&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 59 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AFJD4VMYZXCEG&asin=B0DJH9CYLV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 60 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2TZMV9QBDA5KS&asin=B0B6BM2ZHK&ref_=dp_merchant_link |
| 61 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15V6PTTPBF6E8&asin=B0DGXMH1G2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 62 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AO211QNXLL3AW&asin=B0FCC711XR&ref_=dp_merchant_link |
| 63 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AS7B2OOFRYKVT&asin=B0F92RT9ZK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 64 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3AA3GNDWQRWK2&asin=B0BXRSHX1L&ref_=dp_merchant_link |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 65 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ARXZCJYY6XJJ0&asin=B0D2L8DV7N&ref_=dp_merchant_link |
| 66 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2UWSGUBENSIVX&asin=B0DG29LB6R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 67 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1U5ERS98E6XIJ&asin=B0CNHG3ZSH&ref_=dp_merchant_link |
| 68 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3EAZ97YMTA778&asin=B0CM37JHPH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 69 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A89X05WBEXM3P&asin=B0D3WVDD6X&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 70 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XBQEXHVQD5E0&asin=B0CN2FWMSL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 71 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AX43SBHAMRULZ&asin=B09BQ5346S&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 72 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A151Y8XWL5XQCG&asin=B0F2G8VVC4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 73 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25YCFKIA7BWO4&asin=B0B5WY1NR1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 74 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AV0XI0GWSG264&asin=B0DHQSBKWG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 75 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A11C3LUDFMU7YY&asin=B0FB4282KH&ref_=dp_merchant_link |
| 76 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1GV2YBV1I2TW&asin=B0DBCQKF7Z&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 77 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A295YOVG5KGFML&asin=B0DLW92RXN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 78 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1B9FETFG3C5IZ&asin=B0D3PYFXX6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 79 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ACBL6CI19MW8R&asin=B0D8HQPSBZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 80 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Q3I3WRAO1P26&asin=B0D53TS77Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 81 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2PHNQG6T5Y82C&asin=B09PG69PG3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 82 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AFLBUKG80PB1K&asin=B09RDVMK2T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 83 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2RLTI1L1XVU8Z&asin=B0DG8JR6C3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AY4R61H6753XC&asin=B0DKNRQQ8T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 85 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DHJZ942UKUZD&asin=B0DBZNJFWT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A1R3CW0EG97HTI&asin=B0F6N5QT9P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 87 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3V0D8G0YTAR32&asin=B0F9TSW9MB&ref_=dp_merchant_link |