IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | **FILED UNDER SEAL** <br><br> Civil Action No. |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Anagram International, LLC ("Plaintiff"), pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, the Court's Local Rules, and Northern District of Georgia Standing Order No. 19-01, hereby respectfully moves for entry of an Order granting Plaintiff leave to file its Summonses, Complaint, Motion for *Ex Parte* Temporary Restraining Order, Motion for Authorization to Serve Process on Defendants by Electronic Means, supporting memoranda, supporting declarations, supporting exhibits, and proposed orders under seal.

1

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jayma C. Leath, filed concurrently herewith. A proposed order is also attached for the Court's convenience.

Date: August 14, 2025

Respectfully submitted,

**/s/ Jayma C. Leath**
Jayma C. Leath, Esq.
Georgia Bar. No. 639678
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
jleath@higbee.law

Shengmao (Sam) Mu, *pro hac vice pending*
Abby Neu, *pro hac vice pending*
Ryan E. Carreon, *pro hac vice pending*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*