# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | **FILED UNDER SEAL**<br><br>Civil Action No. |

## DECLARATION OF JAYMA C. LEATH

I, Jayma C. Leath, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Georgia and the United States District Court for the Northern District of Georgia. I am one of the attorneys for Plaintiff, Anagram International, LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. According to a U.S. Customs and Border Protection (CBP) report, in 2021, CBP made over 27,000 seizures of goods with intellectual property rights

1

(IPR) violations totaling over $3.3 billion, an increase of $2.0 billion from 2020.1 Of the 27,000 in total IPR seizures, over 24,000 came through international mail and express courier services (as opposed to containers), most of which originated from China and Hong Kong[1].

3. According to a report released by the U.S. Chamber of Commerce Global Intellectual Property Center (GIPC) titled *Measuring the Magnitude of Global Counterfeiting,* at least 86 percent of all global counterfeit products originate in Chinese and Hong Kong markets[2].

4. A February 2017 report commissioned by Business Action to Stop Counterfeiting and Piracy (BASCAP) and the International Trademark Association (INTA) entitled *The Economic Impacts of Counterfeiting and Piracy* included findings that counterfeit and pirated products account for billions in economic losses, resulting in tens of thousands of lost jobs for legitimate businesses and broader economic losses, including lost tax revenue[3].

---

[1] *See* INTELLECTUAL PROPERTY RIGHTS SEIZURE STATISTICS, FISCAL YEAR 2021, CBP PUB. 2018-0922, U.S. CUSTOMS BORDER PROT., https://www.cbp.gov/document/annual-report/fy-2021-ipr-seizure-statistics.

[2] U.S. CHAMBER OF COM. GLOB. INTELL. PROP. CTR., MEASURING THE MAGNITUDE OF GLOBAL COUNTERFEITING (2016) https://www.uschamber.com/assets/archived/images/documents/files/measuringthemagnitudeofglobalcounterfeiting.pdf.

[3] FRONTIER ECON., INT'L CHAMBER COM. BUS. ACTION TO STOP COUNTERFEITING & PIRACY & INT'L TRADEMARK ASS'N, THE ECONOMIC IMPACTS OF COUNTERFEITING AND PIRACY (2017), https://www.inta.org/wp-content/uploads/public-files/perspectives/industry-research/2017_Frontier_Report.pdf.

5. Based on my research, there is no treaty between the United States and China establishing recognition of judgments from United States courts in China.

6. I am informed and believe that Counterfeiters like Defendants monitor PACER for new federal filings before an *ex parte* TRO can be imposed or service can be effectuated for the purpose of being able to move assets from their financial accounts to offshore bank accounts outside the jurisdiction of this Court and evade civil liability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 14th day of August 2025.

**/s/ Jayma C. Leath**
Jayma C. Leath
