# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ANAGRAM INTERNATIONAL, LLC,

     Plaintiff,

v.

THE INDIVIDUALS,
CORPORATIONS, LIMITED
LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

     Defendants.

**FILED UNDER SEAL**

Civil Action No.

---

**[PROPOSED]**
**TEMPORARY RESTRAINING ORDER,**
**INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY**
**ASSET RESTRAINT, EXPEDITED DISCOVERY, AND**
**ORDER TO SHOW CAUSE**

## I.    INTRODUCTION

    **THIS CAUSE** has come before the Court on Plaintiff Anagram International,

LLC's ("Plaintiff") Motion for *Ex Parte* Temporary Restraining Order, Including a

Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and

Order to Show Cause ("Motion for TRO") pursuant to Rule 65 of the Federal Rules

of Civil Procedure and 17 U.S.C. § 502. As discussed below, Plaintiff has satisfied

1

the requirements for the issuance of an *ex parte* temporary restraining order and the additional relief requested.

## II.    APPLICABLE LEGAL STANDARDS

A court will issue a temporary restraining order where the requesting party demonstrates the following four factors: (1) it has a substantial likelihood of success on the merits; (2) the moving party will suffer irreparable injury if the order is not granted; (3) that the threatened injury to the plaintiff outweighs the harm the relief would inflict on the non-movant; and (4) entry of the order would serve the public interest. *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005) (per curiam)

Courts may issue a temporary restraining order without notice to the adverse party where the facts in an affidavit demonstrate the moving party will suffer immediate and irreparable injury, loss, or damage before the adverse party can be heard in opposition, and the movant's attorney certifies in writing the reasons why notice should not be required. Fed. R. Civ. P. 65(b)(1). Where a defendant's identity is known and notice can be feasibly given, the court may still grant an *ex parte* seizure order if providing notice to the defendant would render fruitless the further prosecution of the action. *AT&T Broadband v. Tech Communications, Inc.*, 381 F.3d 1309, 1319 (11th Cir. 2004). "The weight of authority around the country appears to favor the granting of *ex parte* seizure orders in counterfeiting cases, where fake

versions of well-known brands are deliberately passed off to the public as the genuine article." *Fimab-Finanziaria Maglificio Biellese Fratelli Fila S.p.A. v. Kitchen*, 548 F. Supp. 248, 249-50 (S.D. Fla. 1982) (citing numerous cases). The justification for an *ex parte* seizure order is even more compelling where a significant amount of evidence pertaining to the counterfeiting activity is in electronic form, and therefore subject to quick, easy, and untraceable destruction by the Defendants. *Dell Inc. v. BelgiumDomains, LLC*, 2007 WL 6862341 at *2 (S.D. Fla. 2007); *see also Chanel, Inc. v. Chanel255.ORG, et al*., 2012 WL 12845630 at *5 (S.D. Fla. 2012).

A request for permanent injunctive relief and disgorgement of the defendant's profits from counterfeiting pursuant to 17 U.S.C.§ 502, as well as a request for an award of attorney's fees, are requests for relief in equity. Requests for equitable relief invoke the court's inherent equitable powers to order preliminary injunctive relief, including an asset freeze, in order to assure the availability of permanent relief. *Levi Strauss & Co. v. Sunrise Intern. Trading Inc*., 51 F.3d 982, 987 (11th Cir. 1995). Such asset freezes are particularly appropriate against sellers of counterfeit goods who are likely to hide their ill-gotten profits if their assets are not seized. *Reebok Intern., Ltd. v. Marnatech Enterprises, Inc.*, 970 F.2d 552, 559 (9th Cir. 1992).

### III.    FINDINGS OF FACT AND CONCLUSIONS OF LAW

This Court, having reviewed the Plaintiff's Motion for TRO, Memorandum, and supporting declarations and evidence, makes the following findings of facts and conclusions of law:

### A.    Plaintiff's Copyrights

1) Plaintiff owns numerous valid and subsisting federal copyright registrations (the "Anagram Works"), duly registered with the United States Copyright Office, including the following:

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Happy Bee |  | March 15, 1997 | Apr 24, 2003 | VA 1-206-711 |
| Champagne Bottle |  | Jan 21, 1998 | Aug 03, 2017 | VA 2-060-573 |
| It's A Girl Foot |  | Dec 15, 2000 | Apr 24, 2003 | VA 1-206-717 |
| Sunshine Sun |  | Jan 25, 2000 | March 27, 2018 | VA 2-118-018 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Dancing Skeleton |  | Feb 15, 2012 | Oct 30, 2019 | VA 2-185-233 |
| Spider |  | Feb 15, 2012 | Oct 30, 2019 | VA 2-185-234 |
| Smiley Snowman |  | June 01, 2015 | Jan 09, 2020 | VA 2-204-649 |
| Pineapple |  | June 15, 2015 | Nov 08, 2019 | VA 2-192-097 |
| Rainbow with Clouds |  | Jan 25, 2000 | Mar 28, 2018 | VA 2-117-643 |
| Dump Truck |  | Aug 30, 2015 | Feb 21, 2020 | VA 2-192-008 |
| Tropical Palm Trees |  | May 23, 2019 | Mar 18, 2021 | VA 2-247-339 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Iridescent Ghost |  | Oct 22, 2018 | Mar 14, 2019 | VA 2-176-628 |
| Babysaurus |  | Oct 01, 2019 | Mar 18, 2021 | VA 2-247-340 |
| Zebra Print Patterns |  | Jan 16, 2020 | Feb 11, 2020 | VA 2-197-444 |
| Stacked Bday Icons |  | May 06, 2020 | May 14, 2020 | VA 2-207-797 |
| Stegosaurus |  | Aug 21, 2018 | Feb 19, 2024 | VA 2-392-990 |
| Silly Octopus |  | April 01, 2016 | April 18, 2024 | VA 2-403-719 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Mr. Froggy |  | Dec. 01, 2017 | April 18, 2024 | VA 2-403-726 |
| Happy Cake Day |  | Feb. 09, 2021 | April 19, 2024 | VA 2-403-702 |
| Happy Spring Butterfly |  | June 15, 2015 | April 23, 2019 | VA 2-156-842 |
| Disco Ball |  | May 29, 2018 | February 12, 2020 | VA 2-198-751 |
| Champagne Glass |  | February 08, 1999 | July 24, 2017 | VA 2-059-085 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Black Bat |  | September 16, 2016 | September 27, 2024 | VA 2-442-060 |
| Triple Layer Cake |  | March 06, 2012 | July 24, 2017 | VA 2-059-121 |
| LOVE Wedding |  | May 06, 2020 | May 14, 2020 | VA 2-207-831 |
| Star Cluster Black & Gold |  | May 06, 2020 | May 14, 2020 | VA 2-207-833 |
| Police Car |  | June 30, 2015 | November 08, 2019 | VA 2-192-096 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Magical Unicorn |  | July 05, 2017 | February 01, 2018 | VA 2-085-924 |

### B. Defendants' Advertising and Sale of Counterfeit and Infringing Goods.

3) Each Defendant is believed to be a non-U.S. entity, association, or individual, located in a foreign jurisdiction outside the reach of conventional enforcement mechanisms, each of whom sells, offers for sale, distributes, and/or advertises goods through e-commerce stores operating under seller aliases (the "Seller Aliases") on various e-commerce marketplaces, such as PayPal Inc. ("PayPal"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), ByteDance Ltd., TikTok Ltd., TikTok Inc., and TikTok LLC (collectively "TikTok"), and Walmart, Inc. ("Walmart") (each a "Marketplace" and, collectively, the "Marketplaces").

4) Each Defendant willfully and knowingly uses in commerce unauthorized reproductions, counterfeits, copies, or colorable imitations of one or more of the Anagram Works on or in connection with the sale, offer for sale, distribution, or advertising of goods on their respective Seller Aliases on the Marketplaces ("Infringing Products"), causing immediate and irreparable harm to Plaintiff.

5) Each Defendant has offered Infringing Products for sale throughout the United States. Each Defendant is willing to engage in commercial transactions with residents of the United States and ship Infringing Products to the United States.

6) Each Defendant also accepts payment for its goods in U.S. dollars through, for example, a variety of payment processors, banks, escrow services, money transmitters, the Marketplaces themselves, and other companies that engage in the processing or transfer of money of or on behalf of Defendants by virtue of their operation of the Seller Aliases on any of the Marketplaces (collectively referred to hereafter as, "Financial Institutions").

7) Defendants are subject to the personal jurisdiction of this Court pursuant to Rule 4(k)(2) of the Federal Rules of Civil Procedure, and exercising jurisdiction over Defendants is consistent with the United States Constitution and its laws. Based on the facts set forth above, it is reasonable for Defendants to expect that they may be sued in the United States. *U.S. S.E.C. v. Carrillo*, 115 F.3d 1540, 1542-47 (11th Cir. 1997) (holding court had personal jurisdiction over foreign corporation where defendant placed ads for securities in two airlines' in-flight magazines, mailed offering materials directly to U.S. investors, and maintained U.S. bank accounts to receive payment from investors.); *Louis Vuitton Malletier, S.A. v. Mosseri*, 736 F.3d 1339, 1355-58 (11th Cir. 2013) (affirming jurisdiction over non-resident who sold counterfeit products through fully-interactive website).

10

8) Plaintiff has never authorized any of the Defendants to use any of the Anagram Works on or in connection with the sale, offer for sale, distribution, or advertising of any goods in the United States.

9) Plaintiff has established that the Infringing Products offered for sale by Defendants are not genuine and that each Defendant is using one or more of the Anagram Works or a colorable imitation of the Anagram Works on or in connection with the sale, offer for sale, distribution, or advertising of Infringing Products.

10) Plaintiff has established that it is substantially likely to succeed on the merits of its copyright infringement claim:

a) Plaintiff owns valid federal copyright registrations for the Anagram Works;

b) The Infringing Products that Defendants are advertising and offering for sale are identical with, or substantially similar to, one or more of the Anagram Works.

11) Plaintiff has shown that it is likely to suffer irreparable harm if an injunction does not issue. The proliferation of counterfeit and/or infringing copies of Plaintiff's goods diminishes the value of the Anagram Works value and associated goodwill. Because Plaintiff cannot control the quality of counterfeit and infringing goods, the sale of inferior counterfeit or infringing goods by Defendants will have a materially adverse effect on Plaintiff's business reputation and the goodwill associated with the Anagram Works.

12) The widespread and unauthorized use of the Anagram Works in the marketing, offering for sale, and sale of counterfeit and/or infringing goods threatens the extensive goodwill associated with Plaintiff's business and the Anagram Works, and will continue to cannibalize the sale of Plaintiff's genuine goods. There is a significant threat that Plaintiff will suffer irreparable harm without an injunction. *Mud Pie, LLC v. Deck the Halls, Y'all, LLC*, No. 17-2789, 2017 WL 8942387, at *3 (N.D. Ga. 2017); *Ferrellgas Partners, L.P,* 143 Fed. Appx. 180, 190 (11th Cir. 2005)

13) It is likely that Plaintiff will suffer immediate and irreparable loss, damage, or injury unless Plaintiff's request for *ex parte* relief is granted:

a) It is likely that Defendants will continue to sell counterfeit and infringing goods through the Seller Aliases on the Marketplaces in the absence of the requested TRO;

b) As a result, it is likely that consumers will continue to be misled, confused, and disappointed by the quality of these goods, thereby significantly and irreparably damaging Plaintiff's valuable goodwill; and

c) Plaintiff will continue to suffer lost sales of genuine goods as the result of the lower-cost Infringing Products offered for sale by Defendants.

14) The balance of harms favors Plaintiff. If the TRO is denied, Plaintiff will continue to suffer the above-mentioned irreparable harm to its reputation and the goodwill associated with the Anagram Works. On the other hand, enjoining

Defendants from selling counterfeit and/or infringing goods poses little to no risk of damaging the goodwill, if any, associated with the Defendants. Any harm Defendants may suffer is purely monetary and is therefore compensable, unlike the harm that Plaintiff will continue to suffer.

15) Plaintiff has further demonstrated that this TRO should be granted *ex parte*. If Plaintiff provides Defendants notice of its application for TRO, Defendants are likely to delete their existing Seller Aliases on the Marketplaces, transfer any ill-gotten gains away from the Marketplaces, hide their identities, cover up evidence of their infringing activities, and shield their ill-gotten assets in a concerted effort to avoid liability and prevent Plaintiff from achieving a meaningful recovery, including financial compensation and permanent injunctive relief. Foreign parties that sell Infringing Products online often "disappear" when notified that they are being pursued.

16) Granting Plaintiff an *ex parte* TRO is also in the public's interest. It will remove from the stream of commerce Infringing Products of unknown and likely inferior quality and composition, thereby preventing consumer harm, confusion, mistake, and deception.

17) Plaintiff has requested a permanent injunction and recovery of Defendants' ill-gotten profits from their sale of Infringing Products pursuant to 17 U.S.C. § 502.

18) By requesting equitable relief, Plaintiff has invoked this Court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief. *Levi Strauss & Co. v. Sunrise Intern. Trading Inc.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Fed. Trade Comm'n v. U.S. Oil & Gas Corp.*, 748 F.2d 1431, 1433–34 (11th Cir. 1984)).

19) Defendants are likely to destroy evidence of their counterfeiting activities, such as evidence regarding the Seller Aliases and payment processing histories on the Marketplaces and other Financial Institutions, as well as hide and/or transfer any ill-gotten proceeds from the sale of Infringing Products, unless those assets are frozen or otherwise restrained.

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for *Ex Parte* Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Order to Show Cause is **GRANTED** as follows:

1) Each Defendant (as reflected on the attached Exhibit A), its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ordered to temporarily:

a) Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b) Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Anagram Works, or any substantially similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors; and

c) Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d) Cease and refrain from using the Anagram Works on or in connection with any seller alias that any Defendant may own, operate, or control on any Marketplace;

e) Cease and refrain from any and all use of the Anagram Works as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and

f) Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace during the pendency of this Action, or until further Order of the Court.

2) For the duration of this suit, each Defendant must preserve all documents and electronically stored information arising from or related to its sale, offer for sale, distribution, and advertising of Infringing Products through its Seller Aliases located on the Marketplaces.

3) All Financial Institutions that receive actual notice of this Order shall immediately attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the Marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds and/or holding accounts being held, maintained, and/or located exclusively within the United States.

4) Within seven (7) days of receiving actual notice of this Order, all Financial Institutions shall provide a report to Plaintiff for each Defendant having any account with any Financial Institution, the report to include, at a minimum, the following information:

a) Legal name and email address of each Defendant;

b) Current account balances and amount of funds attached, frozen, and being held in trust pursuant to this Order;

c) Identity of all financial accounts linked to or associated with each Defendant's account associated with the Seller Aliases on the Marketplaces, or from or to which funds have been transferred from the attached accounts, including the name of the Financial Institution, account numbers, routing numbers, and other relevant data to allow Plaintiff to seek further application of this Order.

5) No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or Marketplace for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court.

6) Upon receipt of notice of this Order, each Marketplace on which a Defendant maintains a Seller Alias or account is ordered to immediately:

a) Provide to Plaintiff the name and email address of each Defendant having an account or store on the Marketplace;

b) Freeze all funds held or received by the Marketplace for any Defendant's benefit; and

c) Disable each of the Defendant's Seller Aliases on the Marketplaces and any accounts associated with each Defendant and cease providing any services to Defendants.

7) Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

a) the identities and locations of Defendants, their officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant, including all known contact information, including any and all associated e-mail addresses; and

b) the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Seller Aliases.

8) Plaintiff is authorized to issue any such expedited discovery requests by electronic means, including by electronic email. Defendants shall respond to any such discovery requests within three (3) business days of being served by electronic email.

9) Plaintiff may notify the Marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail.

10) Pursuant to this Court's discretion and the extraordinary circumstances presented, including clear and convincing evidence of counterfeiting activities, Plaintiff shall not presently be required to post a bond or other security, as the risk of legitimate harm to Defendants appears minimal. *BellSouth Telecommunications, Inc. v. MCIMetro Access Transmission Servs., LLC*, 425 F.3d 964, 971 (11th Cir. 2005). However, any Defendant may appear and immediately challenge this portion of the Order by providing the Court with a reasonable estimation of its potential lost sales, along with supporting documentation sufficient to allow the Court to decide what an appropriate amount of surety would be. Plaintiff will then have one (1) week in which to file a response.

11) This Order shall remain in effect for fourteen (14) days from the date of issuance unless the hearing on Plaintiff's motion for an order to show cause why a preliminary injunction should not issue cannot be heard within such time, in which case the Order shall remain in effect until the date of the hearing or until such further date as set by the Court or stipulated to by the parties.

12) This Order shall apply to Defendants, their associated Seller Aliases on the Marketplaces, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants for the purpose of advertising, offering for sale, and selling any Infringing Products at issue in this action and/or unfairly competing with Plaintiff.

13) Any Defendant or Financial Institution account holder may petition the Court to modify the asset restraint set out in this Order.

14) A hearing is set before this Court in the United States Courthouse located at 75 Ted Turner Drive SW, Atlanta, Georgia 30303, Courtroom _____, on _____ at _____, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same, and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. Defendants shall appear and show cause why said preliminary injunction should not issue.

15) **<u>SERVICE BY ALTERNATE MEANS</u>**: After Plaintiff's counsel has received confirmation that the Financial Institutions have restrained Defendants' funds as directed herein, Plaintiff shall serve copies of the Complaint, Motion for TRO, and this Order on each Defendant by electronic mail using email addresses provided by the Marketplaces, Financial Institutions, or Defendants themselves or by other electronic means reasonably calculated to provide notice to all Defendants.

16) Any response or opposition to Plaintiff's request for a preliminary injunction must be served on Plaintiff's counsel by _____ and filed with the Court, along with Proof of Service. Plaintiff shall file any reply memorandum prior to the hearing set for _____. The above dates may be revised upon stipulation by all parties and approval of this Court. Defendants are on notice that

failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 17 U.S.C.§ 502, Rule 65 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1651(a), and the Court's inherent authority.

This Temporary Restraining Order expires within fourteen (14) days from the date of issuance unless (1) extended by the Court for good cause shown, or (2) the hearing on Plaintiff's motion for an order to show cause why a preliminary injunction should not issue cannot be heard within such time, in which case the Order shall remain in effect until the date of the hearing. This Temporary Restraining Order may be extended for good cause.

**SO ORDERED** this _____ day of _____, 2025.


_____
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

## LIST OF ALL NAMED DEFENDANTS SUBJECT TO ORDER

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| 1 | Adeyoo Store |
| 2 | Ahaamazing |
| 3 | ALDMIO |
| 4 | ArchZ |
| 5 | BAIYUESHOP |
| 6 | beautiful ZOOM |
| 7 | BengZhuI |
| 8 | Better Now |
| 9 | Bo&jia |
| 10 | Celehappy Store |
| 11 | CHUANG THIS IS |
| 12 | Cooper life |
| 13 | countryscreen |
| 14 | ELGVSK |
| 15 | FeiandengUs |
| 16 | fonesun |
| 17 | FOURTUNA |
| 18 | FRIENDISU |
| 19 | FRYING |
| 20 | Greek |
| 21 | HannaFires |
| 22 | HAORANNER |
| 23 | HEYSUN |
| 24 | HEYTOP |
| 25 | HiRoo |
| 26 | HJ-Siyang |
| 27 | Hotott Store US |
| 28 | HSPAIDYP |
| 29 | Ipartygoo |
| 30 | JOOZZE |
| 31 | Justbejoyful |
| 32 | Kaito Global Store |
| 33 | Kaluofan |
| 34 | KatchOn™ Store |
| 35 | Kawaarashi |
| 36 | known |
| 37 | LengFo |
| 38 | Lily's magic store |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| 39 | LOVELYDECOR |
| 40 | Luckystar Products |
| 41 | LY ONE |
| 42 | maitumaoyi |
| 43 | Mayen Co. |
| 44 | MeoIsDaBest |
| 45 | MoonVila |
| 46 | mualso |
| 47 | muxiangxiang |
| 48 | NanjingXingermaoyiyouxiangongsi |
| 49 | ONLY |
| 50 | Panduola US |
| 51 | PartsExtra |
| 52 | Powerful cleaning |
| 53 | Pufang |
| 54 | QINGXINGONGMAO |
| 55 | Quinskkin |
| 56 | RAMANI INTERNATIONAL STORE |
| 57 | Rerialsaera |
| 58 | Risehy |
| 59 | RK Export Online |
| 60 | S AUTO WORLD |
| 61 | sale 666 |
| 62 | SAMTVA ENTERPRISE |
| 63 | Saneryi-US |
| 64 | shenzhenshidejikejiyouxiangongsi |
| 65 | Tokdjb-US |
| 66 | Toyland TOYS |
| 67 | Triangel_yu |
| 68 | UK |
| 69 | United Unicorns Party |
| 70 | wdmg |
| 71 | Whale Online US |
| 72 | Xamit house assortments |
| 73 | XHXXM |
| 74 | Xinhui balloon |
| 75 | YANG LI QIN |
| 76 | Yehtrum |
| 77 | YOGRE-Shop |
| 78 | Youchicnow |
| 79 | YSVVALDEG-US |
| 80 | yujiaonly |
| 81 | YUNXUAN |

| Doe No. | Defendant Internet Store |
|---------|--------------------------|
| 82 | Zanceamy store |
| 83 | zhangjiajieshiwulingyuan |
| 84 | ZhangMY |
| 85 | ZhangSLi |
| 86 | Zuosibei |
| 87 | 皓倩奕贸易商行 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 1 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ATVZXC2PFJUTH&asin=B0D73DN2B2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 2 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AHFY774BOM2R4&asin=B0D9S9DF7M&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 3 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A20TCOMYCF46LL&asin=B09VNR6NNL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 4 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32PQUAD8XIENB&asin=B0D48JM8XZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 5 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMUERANM2GOQY&asin=B0F1F6FSVK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 6 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A8WZAY0V7TKC6&asin=B0CM18X3KF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 7 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1PQUHS2FKCUDN&asin=B0CYTK6M21&ref_=dp_merchant_link |
| 8 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1CIKDZID6D5U4&asin=B0BVFVQ9ZG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 9 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1AL2YU3FG7BME&asin=B0DLKXM8CT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 10 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AVOBA1IW8S7PW&asin=B0D73YRY1S&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 11 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1LCP39J3M75LX&asin=B0F9VKT36P&ref_=dp_merchant_link |
| 12 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1RY3HPOIUZD8A&asin=B087RW4LVT&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 13 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1RL6MHB6ES6D3&asin=B09YR2DQ29&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 14 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AJP8XD1NK9K7C&asin=B0DF5HV5RT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 15 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2ER5SHUQMJ3BG&asin=B0B95X6SLW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 16 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A240MEK5NSD0D0&asin=B0DZ33TY7C&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 17 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2EE8DKKH3KW2U&asin=B0D8JRQ3XS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 18 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AAFL4EPADIQHU&asin=B0D6XSVQVP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 19 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AE6F4UUQFY83O&asin=B0B4WXRRZF&ref_=dp_merchant_link |
| 20 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2LYEI3987WKE4&asin=B0CJ2MD2VL&ref_=dp_merchant_link |
| 21 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A313ATE8RL3D3B&asin=B0DPW9CGZF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 22 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XWR3DVWPHBGV&asin=B0DDKXW3J5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 23 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35XDF0IZSWKDU&asin=B09D3H2656&ref_=dp_merchant_link |
| 24 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2B8WA5UHWGQ93&asin=B0F6K7JW62&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 25 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2MFM06ANU3J5W&asin=B0D4HRJZ1B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 26 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AA0URPUIWJKFK&asin=B0D6RVGMV7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29DSVHRZN1YA&asin=B08DRGWW3M&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 28 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AOY7ISUVC1TEG&asin=B0D5LS1XD6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 29 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1ME7WNXUMMBX&asin=B0D7ZDC6KM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 30 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JQM45QA9MT4E&asin=B0C4FM3841&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 31 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2ZT1ES5QZ37JF&asin=B0DZP4FRMC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 32 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2E5RM1SAQFUO4&asin=B0DLGZL5B9&ref_=dp_merchant_link |
| 33 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A99835TYX6GOR&asin=B0DG8FJ1RR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 34 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1UKPNDU39QTBN&asin=B074Y4R4K4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 35 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2480Y4B2WO594&asin=B0DC62R5P9&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 36 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Z6NO07V7TQBH&asin=B0DDM44LZT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 37 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L4H61YCM12I&asin=B0BKWNJZMR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 38 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1SBF9T5BUWYF7&asin=B0D4F7JJSC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 39 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A22IPSIGRI2AKQ&asin=B0F5395TBQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 40 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2EFVEZQHSGNW2&asin=B085XXKQVL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 41 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AB2B0W897JLL7&asin=B07Y27YXWP&ref_=dp_merchant_link |
| 42 | https://www.amazon.com/sp?ie=UTF8&seller=A4HGRVX73YX0P&isAmazonFulfilled=0&asin=B08KNX1GFS&ref_=olp_merch_name_1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 43 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2KCX1Q3EP95E5&asin=B0CSBJLGDY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 44 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A38VWKFE2R20PG&asin=B0CPPCPZLZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 45 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14EU6AOGTBHON&asin=B09C3MS72B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 46 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A17VIHOMD8TIR6&asin=B0DK2TTGZ1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 47 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1MG8H9MUCEZ2V&asin=B0DDCNPYMP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 48 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31SRPX11T1JFQ&asin=B0CQR7V86N&ref_=dp_merchant_link |
| 49 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A367HAU1QNIAXE&asin=B0BY2GTR23&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 50 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AI5YC4UWHZYA1&asin=B0C1C2NQ91&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 51 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31FQYG8Z8R2WV&asin=B0BZ795VJK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 52 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3IFILXKY10UQN&asin=B0D3LHJ1KJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 53 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A19953FB9C6PHP&asin=B0F29253R6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 54 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2GRNV3P3LR0LH&asin=B0DBPCGQ16&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 55 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3IT2191KQNDS6&asin=B0DB1DZ45Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 56 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DTYO76NU3KF3&asin=B0DJSLVQBQ&ref_=dp_merchant_link |
| 57 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1F8YSWMFTMFK1&asin=B0DY7KXCWX&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 58 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3K7LCKNESH1KW&asin=B0D9QF3571&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 59 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AFJD4VMYZXCEG&asin=B0DJH9CYLV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 60 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2TZMV9QBDA5KS&asin=B0B6BM2ZHK&ref_=dp_merchant_link |
| 61 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15V6PTTPBF6E8&asin=B0DGXMH1G2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 62 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AO211QNXLL3AW&asin=B0FCC711XR&ref_=dp_merchant_link |
| 63 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AS7B2OOFRYKVT&asin=B0F92RT9ZK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 64 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3AA3GNDWQRWK2&asin=B0BXRSHX1L&ref_=dp_merchant_link |
| 65 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ARXZCJYY6XJJ0&asin=B0D2L8DV7N&ref_=dp_merchant_link |
| 66 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2UWSGUBENSIVX&asin=B0DG29LB6R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 67 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1U5ERS98E6XIJ&asin=B0CNHG3ZSH&ref_=dp_merchant_link |
| 68 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3EAZ97YMTA778&asin=B0CM37JHPH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 69 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A89X05WBEXM3P&asin=B0D3WVDD6X&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 70 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XBQEXHVQD5E0&asin=B0CN2FWMSL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 71 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AX43SBHAMRULZ&asin=B09BQ5346S&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 72 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A151Y8XWL5XQCG&asin=B0F2G8VVC4&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---------|----------------------------------|
| 73 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25YCFKIA7BWO4&asin=B0B5WY1NR1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 74 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AV0XI0GWSG264&asin=B0DHQSBKWG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 75 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A11C3LUDFMU7YY&asin=B0FB4282KH&ref_=dp_merchant_link |
| 76 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1GV2YBV1I2TW&asin=B0DBCQKF7Z&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 77 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A295YOVG5KGFML&asin=B0DLW92RXN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 78 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1B9FETFG3C5IZ&asin=B0D3PYFXX6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 79 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ACBL6CI19MW8R&asin=B0D8HQPSBZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 80 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Q3I3WRAO1P26&asin=B0D53TS77Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 81 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2PHNQG6T5Y82C&asin=B09PG69PG3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 82 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AFLBUKG80PB1K&asin=B09RDVMK2T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 83 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2RLTI1L1XVU8Z&asin=B0DG8JR6C3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AY4R61H6753XC&asin=B0DKNRQQ8T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 85 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DHJZ942UKUZD&asin=B0DBZNJFWT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A1R3CW0EG97HTI&asin=B0F6N5QT9P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 87 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3V0D8G0YTAR32&asin=B0F9TSW9MB&ref_=dp_merchant_link |