## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | **FILED UNDER SEAL**<br><br>Civil Action No. |

## PLAINTIFF'S MOTION FOR AUTHORIZATION TO SERVE PROCESS BY ELECTRONIC MEANS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff Anagram International, LLC ("Plaintiff"), by and through its undersigned counsel, hereby moves for entry of an order authorizing service of process on Defendants by electronic means pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jayma C. Leath filed concurrently herewith. A proposed Order is also submitted with this Motion.

1

Date: August 14, 2025

Respectfully submitted,

**/s/ Jayma C. Leath**
Jayma C. Leath, Esq.
Georgia Bar. No. 639678
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne, Suite 200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
jleath@higbee.law

Shengmao (Sam) Mu, *pro hac vice pending*
Abby Neu, *pro hac vice pending*
Ryan E. Carreon, *pro hac vice pending*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*