**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANAGRAM INTERNATIONAL, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>  Defendants. | **FILED UNDER SEAL**<br><br>Civil Action No. |

**ORDER
GRANTING PLAINTIFF'S MOTION FOR LEAVE TO
FILE UNDER SEAL**

THIS CAUSE has come before the Court on Plaintiff's Motion for Leave to File Under Seal (the "Motion"), and the Court, having considered the Motion and the arguments therein, finds Plaintiff has demonstrated good cause for this action to be temporarily sealed.

Accordingly, Plaintiff's Motion is hereby **GRANTED**, and the Court **ORDERS** as follows:

1

Plaintiff's Summonses, Complaint, Motion for *Ex Parte* Temporary Restraining Order, Motion for Authorization to Serve Process on Defendants by Electronic Means, memoranda supporting Plaintiff's motions, declarations supporting Plaintiff's motions, supporting exhibits, and proposed orders, shall be sealed until the Court has had an opportunity to consider and has ruled on Plaintiff's Motion for *Ex Parte* TRO, and, if granted, Plaintiff has notified all Defendants and third parties of their obligations. The identity of all parties to this action shall also be sealed and not entered on the public record until such time as Plaintiff has notified all Defendants and third parties of their obligations under any TRO or similar order of this Court resulting from Plaintiff's initial pleadings, motions, and supporting documents.

If the Court grants Plaintiff's Motion for *Ex Parte* TRO, Plaintiff is further **ORDERED** to notify the Court when it has served Defendants, financial institutions, and Marketplaces with a copy of the Order, at which time, this action shall no longer remain under seal, and all judicial records pertaining thereto shall be made publicly available.

**SO ORDERED** this 15th day of August, 2025.

_____
**UNITED STATES DISTRICT JUDGE**

2