## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC, | **FILED UNDER SEAL** |
| Plaintiff, | Civil Action No. 25-cv-04622 |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

I, Jayma C. Leath, declare as follows:

As authorized by this Court in its August 18, 2025, Order [D.I. 11] Granting Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3), all Defendants were served by electronic mail to the e-mail addresses provided by the e-commerce platforms providing services for Defendants ("Marketplaces"). The Marketplaces effectuated the requests in the Temporary Restraining Order [D.I. 12] and provided accurate e-mail information for each Defendant listed in Schedule A to the Complaint.

True and correct copies of the Complaint [D.I. 1], Summonses [D.I. 4], and Temporary Restraining Order [D.I. 12], were served on all Defendants on August 27, 2025. including notice that the Court scheduled a hearing on Plaintiff's Motion for Preliminary Injunction on September 2, 2025, at 10:00 A.M.

I declare under penalty of perjury that the foregoing is true and correct.

This the 28th day of August, 2025

**/s/ Jayma C. Leath**
Jayma C. Leath