# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-04622-MHC
## Anagram International, LLC v. Adeyoo Store et al
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 09/9/2025.

| | |
|---|---|
| TIME COURT COMMENCED: 3:00 A.M. | COURT REPORTER: Judy Wolff |
| TIME COURT CONCLUDED: 3:50 P.M. | CSO/DUSM: CSO 1 |
| TIME IN COURT: 00:50 | DEPUTY CLERK: Lisa Enix |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Abena Abayomi-Rogers representing Cooper life<br>Jeffrey Baxter representing A1UKPNDU39QTBN<br>Ryan Carreon representing Anagram International, LLC<br>Jayma Leath representing Anagram International, LLC |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | A preliminary injunction hearing was held. Plaintiff's counsel updated the Court on the status of the temporary restraining order. The parties presented argument on the motion. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |