**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
1:25-CV-4622-MHC

ANAGRAM INTERNATIONAL LLC,

Plaintiff,

v.

ADEYOO STORE ET AL,

Defendant.
_____/

## **DEFENDANT'S EMERGENCY MOTION TO STRIKE JOINT STATUS REPORT**

Defendant COOPER LIFE ("Defendant") respectfully moves to strike Plaintiff's Joint Status Report [DE 38] and stated as follows:

1. Defendant's counsel Abena Abayomi-Rogers ("Rogers") attended the Sept. 9 hearing for motion for preliminary injunction.

2. Plaintiff sent a joint status report that urged us to sign it before today.

3. The undersigned mentioned to Plaintiff's counsel that he had no more edits to the proposed joint status report.

4. Sooner after, on Sept. 11, 2025, Rogers informed Plaintiff's counsel that Cooper Life needs to confer with client for the joint status report and would submit the joint report by 12:00 pm on Sept. 12, 2025.

5. Rogers also made a phone call with the undersigned and we both agreed to sign the joint status report by 12:00 pm on Sept. 11, 2025 after the client's agreement.

6. However, Plaintiff's counsel suddenly filed the joint status report without the signature's Rogers, claiming that he had called Rogers and agreed upon it.

7. Plaintiff's counsel also left and message to the undersigned, however, when the undersigned called back to discuss, the phone is not viable.

8. Plaintiff's counsel's phone, actually has always not usable for other case purposes.

9. Plaintiff's filing of the Joint Status Report is without our final consent and thus must be stricken.

10. Due to the emergency nature of the motion and Rogers is not available (perhaps in hearing), the undersigned filed this emergency motion without her signature.

WHEREFORE, Defendant COOPER LIFE ("Defendant") respectfully moves to strike Plaintiff's Joint Status Report [DE 38] as it was not authorized by Defendant.

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu, Esq.
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliuclaw@gmail.com
Counsel for Answering Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on all counsel of record on Sept. 3, 2025 , 2025.

/s/ Abena K Abayomi-Rogers

Abena K Abayomi-Rogers