# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 25-cv-04622 |

## PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55, Plaintiff, Anagram International LLC ("Plaintiff"), hereby requests entry of default by the Clerk of Court against each and every remaining Defendant (as set forth on Exhibit A), with the exception of the appearing Defendants Cooper Life (Def. No. 12), Justbejoyful, (Def. No. 31), and A1UKPNDU39QTBN (AKA KatchOn Store)(Def. No. 34). Also, excepted are previously dismissed defendants Whale Online US (Def. No. 71), and ZhangMY (Def. No. 84).

On August 18, 2025, the Court authorized Plaintiff to serve Defendants with process by electronic means. Dkt. No. 11. After obtaining email addresses from the

third-party providers, Plaintiff served Defendants *via* e-mail on August 27, 2025. *See* Lilenfeld Declaration filed herewith. Answers were due twenty-one (21) days from the date of service, making them due September 17. Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this motion, none of the Defendants on Exhibit A have filed or served an Answer or otherwise appeared in this case. *See* Lilenfeld Declaration. Therefore, the clerk is respectfully requested to enter default for each and every Defendant, other than those listed in the opening paragraph above. Fed. R. Civ. P. 55(a).

Dated: September 24, 2025	Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*

Shengmao (Sam) Mu, *pro hac vice*
Abby Neu, *pro hac vice*
Ryan E. Carreon, *pro hac vice*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), counsel certifies that the foregoing document complies with one of the font type and size selections approved by the Court in L.R. 5.1(C): Times New Roman 14-point font.

*/s/ David M. Lilenfeld*
David M. Lilenfeld