# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>  Defendants. | Civil Action No. 25-cv-04622 |

## DECLARATION OF DAVID M. LILENFELD

I, David M. Lilenfeld, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Georgia and the United States District Court for the Northern District of Georgia. I am one of the attorneys for Plaintiff, Anagram International LLC. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and if called as a witness I could and would competently testify as follows:

2. The Defendants listed on Exhibit A were electronically served with Complaint and Summons on August 27, 2025.

1

3. I hereby certify that the Defendants listed on Exhibit A, except those stricken through, have failed to answer or otherwise plead in this action with the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

I declare under penalty of perjury that the foregoing is true and correct.

This the 24th day of September, 2025

*/s/ David M. Lilenfeld*
**David M. Lilenfeld**