# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-4622-MHC |

**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Upon consideration of the Unopposed Motion to Extend Time for Defendants Haoranner, Mayen Co., PartsExtra, Powerful cleaning, and Lily's magic shop ("Defendants") to respond to Complaint [Doc. 70], it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Defendants Defendants Haoranner, Mayen Co., PartsExtra, Powerful cleaning, and Lily's magic shop shall respond to the Complaint on or before October 20, 2025.

**SO ORDERED** this 30th day of September, 2025.

_____
MARK H. COHEN
United States District Judge