# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADEYOO STORE, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-4622-MHC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following twenty one Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Adeyoo Store | 1 |
| Celehappy Store | 10 |
| fonesun | 16 |
| Greek | 20 |
| HEYTOP | 24 |
| HiRoo | 25 |
| Justbejoyful | 31 |
| Kaluofan | 33 |
| Kawaarashi | 35 |
| LOVELYDECOR | 39 |
| MeoIsDaBest | 44 |
| muxiangxiang | 47 |

| | |
|---|---|
| ONLY | 49 |
| Panduola US | 50 |
| Rerialsaera | 57 |
| SANERYI | 63 |
| United Unicorns Party | 69 |
| Xamit house assortments | 72 |
| Yehtrum | 76 |
| YOGRE-Shop | 77 |
| zhangjiajieshiwulingyuan | 83 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: October 7, 2025          Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ David M. Lilenfeld
　　　　　　　　　　　　　　　　　　David M. Lilenfeld
　　　　　　　　　　　　　　　　　　Georgia Bar No. 45299
　　　　　　　　　　　　　　　　　　**WHITEWOOD LAW PLLC**
　　　　　　　　　　　　　　　　　　5555 Glenridge Connector, Suite 200
　　　　　　　　　　　　　　　　　　Atlanta, GA 30342
　　　　　　　　　　　　　　　　　　Telephone: (917) 858-8018
　　　　　　　　　　　　　　　　　　Email: david@whitewoodlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*