# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

     Plaintiff,

v.

ADEYOO STORE, et al.,

     Defendants.

Civil Action No. 25-cv-04622-MHC

## **NOTICE OF SETTLEMENT AS TO DEFENDANT KATCHON™ STORE**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Anagram International LLC, and Defendant KatchOn™ Store (Def. #34) have reached settlement and are in the process of finalizing the terms of the long-form agreement.

The parties anticipate filing a Stipulated Dismissal within thirty days (30) with each of these parties paying their own attorneys' fees and costs. In the interim, the parties respectfully request that the Court stay proceedings and take all dates off of the calendar regarding Defendant KatchOn™ Store, including the obligation for KatchOn™ Store to answer or otherwise respond to the Complaint [DE 1] by October 17, 2025, and all other motions and responses related to Defendant

KatchOn™ Store, and retain jurisdiction for the purposes of enforcing the settlement agreement.

Date: October 14, 2025

Respectfully submitted,

Shengmao (Sam) Mu, *pro hac vice*
Abby Neu, *pro hac vice*
Ryan E. Carreon, *pro hac vice*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
smu@whitewoodlaw.com

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
david@whitewoodlaw.com

*Counsel for Plaintiff*