# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>ADEYOO STORE ET AL.,<br><br><br>　　　　Defendants. | Civil Action No. 25-cv-04622-MHC |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves for a default judgment as to the Defendants who have been served with process but have failed to reply to the Complaint as follows:

This copyright infringement action was filed on August 14, 2025. On August 18, 2025, upon Plaintiff's motion, the Court granted Plaintiff permission to serve Defendants electronically. TRO Order, Dkt. 11. After obtaining email addresses from the third-party providers, Plaintiff served Defendants by email on August 27, 2025. Lilenfeld Decl., ¶ Dkt.

None of the defendants remaining in this case have answered or otherwise replied to the Complaint. Lilenfeld Decl., ¶ Dkt. Consequently, the Clerk entered

default against those Defendants on October 2, 2025; those Defendants are listed in Schedule A hereto.

Based on the admissions-by-default of the factual allegations in the Complaint, Plaintiff seeks a default judgment (1) holding Defendants jointly and severally liable for copyright infringement, (2) finding the infringement was willful, (3) awarding statutory damages of $150,000.00 for each of the twenty-nine infringed works and (4) a issuing a permanent injunction to protect Plaintiff against future infringement.

In support of this Motion, Plaintiff files a Brief and a proposed Order.

Dated: November 13, 2025              Respectfully submitted,

                                      */s/ David M. Lilenfeld*
                                      David M. Lilenfeld
                                      Georgia Bar No. 45299
                                      **WHITEWOOD LAW PLLC**
                                      5555 Glenridge Connector, Suite 200
                                      Atlanta, GA 30342
                                      Telephone: (917) 858-8018
                                      Email: david@whitewoodlaw.com

                                      *Counsel for Plaintiff*


                                      Shengmao (Sam) Mu, *pro hac vice*
                                      Abby Neu, *pro hac vice*
                                      Ryan E. Carreon, *pro hac vice*
                                      **WHITEWOOD LAW PLLC**
                                      57 West 57th Street, 3rd and 4th Floors
                                      New York, NY 10019
                                      Telephone: (917) 858-8018

Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

    Plaintiff,

v.

ADEYOO STORE, et al.,

    Defendants.

Civil Action No. 25-cv-04622-MHC

## **SCHEDULE A**

| Doe No. | Defendant Internet Store |
|---|---|
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 4 | ArchZ |
| 5 | BAIYUESHOP |
| * | DISMISSED |
| 7 | BengZhuI |
| * | EXCEPTED |
| 9 | Bo&jia |
| * | DISMISSED |
| 11 | CHUANG THIS IS |
| * | EXCEPTED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |
| 17 | FOURTUNA |
| * | EXCEPTED |
| * | DISMISSED |
| * | DISMISSED |
| * | DISMISSED |

| Doe No. | Defendant Internet Store |
|---|---|
| 22 | HAORANNER |
| 23 | HEYSUN |
| * | DISMISSED |
| * | DISMISSED |
| 26 | HJ-Siyang |
| 27 | Hotott Store US |
| * | DISMISSED |
| * | DISMISSED |
| 30 | JOOZZE |
| * | DISMISSED |
| 32 | Kaito Global Store |
| * | DISMISSED |
| * | EXCEPTED |
| * | DISMISSED |
| 36 | known |
| 37 | LengFo |
| * | DISMISSED |
| * | DISMISSED |
| 40 | Luckystar Products |
| 41 | LY ONE |
| 42 | maitumaoyi |
| * | EXCEPTED |
| * | DISMISSED |
| 45 | MoonVila |
| 46 | mualso |
| * | DISMISSED |
| 48 | NanjingXingermaoyiyouxiangongsi |
| * | DISMISSED |
| * | DISMISSED |
| 51 | PartsExtra |
| 52 | Powerful cleaning |
| * | DISMISSED |
| 54 | QINGXINGONGMAO |
| 55 | Quinskkin |
| 56 | RAMANI INTERNATIONAL STORE |
| * | DISMISSED |

| Doe No. | Defendant Internet Store |
|---|---|
| 58 | Risehy |
| 59 | RK Export Online |
| * | **DISMISSED** |
| 61 | sale 666 |
| 62 | SAMTVA ENTERPRISE |
| * | **DISMISSED** |
| * | **DISMISSED** |
| * | **DISMISSED** |
| 66 | Toyland TOYS |
| 67 | Triangel_yu |
| * | **DISMISSED** |
| * | **DISMISSED** |
| 70 | wdmg |
| * | **DISMISSED** |
| * | **DISMISSED** |
| 73 | XHXXM |
| 74 | Xinhui balloon |
| 75 | YANG LI QIN |
| * | **DISMISSED** |
| * | **DISMISSED** |
| 78 | Youchicnow |
| 79 | YSVVALDEG-US |
| 80 | yujiaonly |
| 81 | YUNXUAN |
| * | **DISMISSED** |
| * | **DISMISSED** |
| * | **DISMISSED** |
| 85 | ZhangSLi |
| 86 | Zuosibei |
| 87 | A3V0D8G0YTAR32 [皓倩奕贸易商行] |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 1 | DISMISSED |
| 2 | DISMISSED |
| 3 | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 4 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32PQUAD8XIENB&asin=B0D48JM8XZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 5 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AMUERANM2GOQY&asin=B0F1F6FSVK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 6 | DISMISSED |
| 7 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1PQUHS2FKCUDN&asin=B0CYTK6M21&ref_=dp_merchant_link |
| 8 | EXCEPTED |
| 9 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1AL2YU3FG7BME&asin=B0DLKXM8CT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 10 | DISMISSED |
| 11 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1LCP39J3M75LX&asin=B0F9VKT36P&ref_=dp_merchant_link |
| 12 | EXCEPTED |
| 13 | DISMISSED |
| 14 | DISMISSED |
| 15 | DISMISSED |
| 16 | DISMISSED |
| 17 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2EE8DKKH3KW2U&asin=B0D8JRQ3XS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 18 | EXCEPTED |
| 19 | DISMISSED |
| 20 | DISMISSED |
| 21 | DISMISSED |
| 22 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XWR3DVWPHBGV&asin=B0DDKXW3J5&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 23 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35XDF0IZSWKDU&asin=B09D3H2656&ref_=dp_merchant_link |
| 24 | DISMISSED |
| 25 | DISMISSED |
| 26 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AA0URPUIWJKFK&asin=B0D6RVGMV7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29DSVHRZN1YA&asin=B08DRGWW3M&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 28 | DISMISSED |
| 29 | DISMISSED |
| 30 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JQM45QA9MT4E&asin=B0C4FM3841&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 31 | DISMISSED |
| 32 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2E5RM1SAQFUO4&asin=B0DLGZL5B9&ref_=dp_merchant_link |
| 33 | DISMISSED |
| 34 | EXCEPTED |
| 35 | DISMISSED |
| 36 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Z6NO07V7TQBH&asin=B0DDM44LZT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 37 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L4H61YCM12I&asin=B0BKWNJZMR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 38 | DISMISSED |
| 39 | DISMISSED |
| 40 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2EFVEZQHSGNW2&asin=B085XXKQVL&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 41 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AB2B0W897JLL7&asin=B07Y27YXWP&ref_=dp_merchant_link |
| 42 | https://www.amazon.com/sp?ie=UTF8&seller=A4HGRVX73YX0P&isAmazonFulfilled=0&asin=B08KNX1GFS&ref_=olp_merch_name_1 |
| 43 | EXCEPTED |
| 44 | DISMISSED |
| 45 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14EU6AOGTBHON&asin=B09C3MS72B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 46 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A17VIHOMD8TIR6&asin=B0DK2TTGZ1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 47 | DISMISSED |
| 48 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31SRPX11T1JFQ&asin=B0CQR7V86N&ref_=dp_merchant_link |
| 49 | DISMISSED |
| 50 | DISMISSED |
| 51 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31FQYG8Z8R2WV&asin=B0BZ795VJK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 52 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3IFILXKY10UQN&asin=B0D3LHJ1KJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 53 | DISMISSED |
| 54 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2GRNV3P3LR0LH&asin=B0DBPCGQ16&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 55 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3IT2191KQNDS6&asin=B0DB1DZ45Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 56 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DTYO76NU3KF3&asin=B0DJSLVQBQ&ref_=dp_merchant_link |
| 57 | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 58 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3K7LCKNESH1KW&asin=B0D9QF3571&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 59 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AFJD4VMYZXCEG&asin=B0DJH9CYLV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 60 | DISMISSED |
| 61 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15V6PTTPBF6E8&asin=B0DGXMH1G2&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 62 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AO211QNXLL3AW&asin=B0FCC711XR&ref_=dp_merchant_link |
| 63 | DISMISSED |
| 64 | DISMISSED |
| 65 | DISMISSED |
| 66 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2UWSGUBENSIVX&asin=B0DG29LB6R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 67 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1U5ERS98E6XIJ&asin=B0CNHG3ZSH&ref_=dp_merchant_link |
| 68 | DISMISSED |
| 69 | DISMISSED |
| 70 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XBQEXHVQD5E0&asin=B0CN2FWMSL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 71 | DISMISSED |
| 72 | DISMISSED |
| 73 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25YCFKIA7BWO4&asin=B0B5WY1NR1&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 74 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AV0XI0GWSG264&asin=B0DHQSBKWG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 75 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A11C3LUDFMU7YY&asin=B0FB4282KH&ref_=dp_merchant_link |
| 76 | DISMISSED |
| 77 | DISMISSED |
| 78 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1B9FETFG3C5IZ&asin=B0D3PYFXX6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 79 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=ACBL6CI19MW8R&asin=B0D8HQPSBZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 80 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Q3I3WRAO1P26&asin=B0D53TS77Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 81 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2PHNQG6T5Y82C&asin=B09PG69PG3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 82 | DISMISSED |
| 83 | DISMISSED |
| 84 | DISMISSED |
| 85 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1DHJZ942UKUZD&asin=B0DBZNJFWT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A1R3CW0EG97HTI&asin=B0F6N5QT9P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 87 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3V0D8G0YTAR32&asin=B0F9TSW9MB&ref_=dp_merchant_link |