**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>    Plaintiff,<br>v.<br><br>ADEYOO STORE ET AL.,<br><br>    Defendants. | Civil Action No. 25-cv-04622-MHC |

## SECOND STATUS REPORT

As required by the Court [Dkt. 88], Plaintiff and Defendant KatchOn file this Second Status Report as follows:

After several weeks of back-and-forth, these parties reached a settlement in principle. They have continued to work together to produce a final settlement agreement. The process has been slower than normal due at first due to the Thanksgiving Holiday and now because some individuals involved in the settlement reside in Asia. The parties estimate filing a dismissal before December 31; they do not foresee any impediments to a final resolution between them.

Dated: December 10, 2025                    Respectfully submitted,


*/s/ Jeffrey R. Baxter*                        */s/ David M. Lilenfeld*
Jeffrey R. Baxter                              David M. Lilenfeld
Georgia Bar No. 142356                         Georgia Bar No. 45299

jbaxter@bakerlaw.com
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 946-6694


John M. Mueller
Admitted *pro hac vice*
jmueller@bakerlaw.com
**BAKER & HOSTETLER LLP**
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Telephone: (513) 929-3413

*Attorneys for Defendant DOE No. 34
d/b/a KatchOn™ Store*

**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*
Abby Neu, *pro hac vice pending*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*