# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

      Plaintiff,

v.

ADEYOO STORE, et al.,

      Defendants.

Civil Action No. 25-CV-4622-MHC

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court on Plaintiff Anagram International, LLC ("Plaintiff")'s Renewed Motion for Default Judgment [Doc. 121] against the Defendants identified on Exhibit A[1] hereto (hereinafter referred to as "Defaulting Defendants") for Defaulting Defendants' copyright infringement arising out of Defaulting Defendants' using Plaintiff's federally registered copyrights as outlined in Exhibit C (collectively "Plaintiff's IP") in a willful attempt to pass off their goods as genuine versions of Plaintiff's goods (collectively, the "Infringing Products") in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale and/or selling and/or sale of Infringing Products.

---

[1] Defendants previously dismissed are listed as "**DISMISSED**."

The Court having considered the Plaintiff's Renewed Motion for Default Judgment, the Certificates of Service of the Summons and Complaint, the Entries of Default by the Clerk of Courts, and upon all other pleadings and papers on file in this Action, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** as follows:

## I.    <u>Defaulting Defendants' Liability</u>

Judgment is granted in favor of Plaintiff on all claims asserted against Defaulting Defendants listed on the Exhibit A attached hereto.

On default, the well-pleaded factual allegations of the Complaint are deemed admitted. Based on the record, Plaintiff has established ownership of valid copyrights in the works identified in the Complaint and that Defendants copied protectable elements of those works by reproducing, distributing, and selling infringing goods through online storefronts.

Plaintiff has further shown that Defendants' infringement was willful, including through concealment of identity, use of aliases, and operation of online stores marketing goods that are identical or substantially similar to Plaintiff's registered copyrights. Accordingly, Defendants are liable for willful copyright infringement under <u>17 U.S.C. § 501</u>.

## II.    Damage Awards

This Court finds that Defaulting Defendants are liable for willful copyright infringement. 17 U.S.C. § 504(c). Pursuant to 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages against each of the Defaulting Defendants in the amount of five thousand dollars ($5,000) for willful infringing use of Plaintiff's IP on Infringing Products sold by Defaulting Defendants, as outlined on Exhibit B. These awards shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Exhibits A.

## III.    Permanent Injunction

**IT IS HEREBY ORDERED** that each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Default Judgment Order shall be permanently restrained and enjoined from:

A.    using Plaintiff's IP in any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine product of the Plaintiff or not authorized by Plaintiff to be sold;

B.    passing off, inducing, or enabling others to sell or pass off any product as a genuine product of the Plaintiff or any other

3

product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale;

C. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

D. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including Plaintiff's IP, or any reproductions, infringing copies, or colorable imitations.

**IT IS FURTHER ORDERED** that online marketplace platforms such as PayPal and Walmart (collectively, the "Third Party Providers") are permanently enjoined and restrained from engaging in any of the following acts:

A. providing services to Defaulting Defendants, Defaulting Defendants' financial accounts and Defaulting Defendants' merchant storefronts, including, without limitation, continued

operation of Defaulting Defendants' financial accounts and merchant storefronts which are connected in any way in the distribution, marketing, advertising, offering for sale, or sale of any products which use Plaintiff's copyrights, including Plaintiff's IP; and

B.   shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products which use Plaintiff's copyrights, including Plaintiff's IP.

## IV.   Miscellaneous Relief

A.   Upon Plaintiff's request, the Third-Party Provider(s) shall disable and/or cease facilitating access to the Seller IDs, including tombstoning, deleting, and/or suspending identified ASINs, and any other alias seller identification names being used to offer for sale and/or sell Infringing Products;

B.   The Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are used by the Defendants in connection with the Defendants' promotion, offering for sale, and/or sale of Infringing Products;

C.   Upon the Plaintiff's request, any online marketplace platform, website operator and/or administrator who is in possession, custody, or control of the

5

Defendants' Infringing Products, including but not limited to Amazon.com, Inc. and its affiliates, Walmart, and Temu.com shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiff;

D.  Any failure by Defaulting Defendants to comply with the terms of this Default Judgment Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

E.  Interest from the date of this action was filed shall accrue at the legal rate pursuant to 28 U.S.C § 1961;

F.  Plaintiff shall serve the Defaulting Defendants with a copy of this Order in accordance with the Alternative Service Order; and,

G.  This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Judgment and permanent injunction.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 16th day of June, 2026.

_____
**MARK H. COHEN**
**UNITED STATES DISTRICT JUDGE**

6

## Exhibit A

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 4 | ArchZ | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A32PQUAD8XIENB&asin=B0D48JM8XZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 7 | BengZhuI | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1PQUHS2FKCUDN&asin=B0CYTK6M21&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| 9 | Bo&jia | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1AL2YU3FG7BME&asin=B0DLKXM8CT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| 11 | CHUANG THIS IS | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1LCP39J3M75LX&asin=B0F9VKT36P&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 17 | FOURTUNA | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2EE8DKKH3KW2U&asin=B0D8JRQ3XS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 22 | HAORANNER | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XWR3DVWPHBGV&asin=B0DDKXW3J5&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 23 | HEYSUN | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A35XDF0IZSWKDU&asin=B09D3H2656&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 26 | HJ-Siyang | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AA0URPUIWJKFK&asin=B0D6RVGMV7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | Hotott Store US | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A29DSVHRZN1YA&asin=B08DRGWW3M&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |

8

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 30 | JOOZZE | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2JQM45QA9MT4E&asin=B0C4FM3841&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| 32 | Kaito Global Store | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2E5RM1SAQFUO4&asin=B0DLGZL5B9&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 36 | known | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1Z6NO07V7TQBH&asin=B0DDM44LZT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 37 | LengFo | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3L4H61YCM12I&asin=B0BKWNJZMR&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 41 | LY ONE | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AB2B0W897JLL7&asin=B07Y27YXWP&ref_=dp_merchant_link |

9

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 42 | maitumaoyi | https://www.amazon.com/sp?ie=UTF8&seller=A4HGRVX73YX0P&isAmazonFulfilled=0&asin=B08KNX1GFS&ref_=olp_merch_name_1 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 45 | MoonVila | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14EU6AOGTBHON&asin=B09C3MS72B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 46 | mualso | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A17VIHOMD8TIR6&asin=B0DK2TTGZ1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| 48 | NanjingXingermaoyiyouxiangongsi | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31SRPX11T1JFQ&asin=B0CQR7V86N&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 51 | PartsExtra | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A31FQYG8Z8R2WV&asin=B0BZ795VJK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 52 | Powerful cleaning | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3IFILXKY10UQN&asin= |

10

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| | | B0D3LHJ1KJ&ref_=dp_merchant_link& isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| 54 | QINGXINGONGMAO | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=A2GRNV3P3LR0LH&asin= B0DBPCGQ16&ref_=dp_merchant_link &isAmazonFulfilled=1 |
| 55 | Quinskkin | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=A3IT2191KQNDS6&asin= B0DB1DZ45Y&ref_=dp_merchant_link &isAmazonFulfilled=1 |
| 56 | RAMANI INTERNATIONAL STORE | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=A1DTYO76NU3KF3&asin= B0DJSLVQBQ&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 59 | RK Export Online | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=AFJD4VMYZXCEG&asin= B0DJH9CYLV&ref_=dp_merchant_link &isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| 61 | sale 666 | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=A15V6PTTPBF6E8&asin= B0DGXMH1G2&ref_=dp_merchant_lin k&isAmazonFulfilled=1 |
| 62 | SAMTVA ENTERPRISE | https://www.amazon.com/gp/help/selle r/at-a- |

11

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
|  |  | glance.html/ref=dp_merchant_link?ie=UTF8&seller=AO211QNXLL3AW&asin=B0FCC711XR&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 66 | Toyland TOYS | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2UWSGUBENSIVX&asin=B0DG29LB6R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 67 | Triangel_yu | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1U5ERS98E6XIJ&asin=B0CNHG3ZSH&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 70 | wdmg | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XBQEXHVQD5E0&asin=B0CN2FWMSL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 73 | XHXXM | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25YCFKIA7BWO4&asin=B0B5WY1NR1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 74 | Xinhui balloon | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AV0XI0GWSG264&asin=B |

12

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| | | 0DHQSBKWG&ref_=dp_merchant_link &isAmazonFulfilled=1 |
| 75 | YANG LI QIN | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=A11C3LUDFMU7YY&asin =B0FB4282KH&ref_=dp_merchant_link |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 79 | YSVVALDEG-US | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=ACBL6CI19MW8R&asin= B0D8HQPSBZ&ref_=dp_merchant_link &isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 85 | ZhangSLi | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=A1DHJZ942UKUZD&asin= B0DBZNJFWT&ref_=dp_merchant_link &isAmazonFulfilled=1 |
| * | DISMISSED | DISMISSED |
| 87 | A3V0D8G0YTAR32 [皓倩奕贸易商行] | https://www.amazon.com/gp/help/selle r/at-a-glance.html/ref=dp_merchant_link?ie=U TF8&seller=A3V0D8G0YTAR32&asin= B0F9TSW9MB&ref_=dp_merchant_link |

13

**Exhibit B**

| Doe No. | Defendant Internet Store | Cause(s) of Action | Statutory Damages Award |
|---|---|---|---|
| 4 | ArchZ | Copyright | $5,000 |
| 7 | BengZhuI | Copyright | $5,000 |
| 9 | Bo&jia | Copyright | $5,000 |
| 11 | CHUANG THIS IS | Copyright | $5,000 |
| 17 | FOURTUNA | Copyright | $5,000 |
| 22 | HAORANNER | Copyright | $5,000 |
| 23 | HEYSUN | Copyright | $5,000 |
| 26 | HJ-Siyang | Copyright | $5,000 |
| 27 | Hotott Store US | Copyright | $5,000 |
| 30 | JOOZZE | Copyright | $5,000 |
| 32 | Kaito Global Store | Copyright | $5,000 |
| 36 | known | Copyright | $5,000 |
| 37 | LengFo | Copyright | $5,000 |
| 41 | LY ONE | Copyright | $5,000 |
| 42 | maitumaoyi | Copyright | $5,000 |
| 45 | MoonVila | Copyright | $5,000 |
| 46 | mualso | Copyright | $5,000 |
| 48 | NanjingXingermaoyiyouxiangongsi | Copyright | $5,000 |
| 51 | PartsExtra | Copyright | $5,000 |
| 52 | Powerful cleaning | Copyright | $5,000 |
| 54 | QINGXINGONGMAO | Copyright | $5,000 |
| 55 | Quinskkin | Copyright | $5,000 |
| 56 | RAMANI INTERNATIONAL STORE | Copyright | $5,000 |
| 59 | RK Export Online | Copyright | $5,000 |
| 61 | sale 666 | Copyright | $5,000 |
| 62 | SAMTVA ENTERPRISE | Copyright | $5,000 |
| 66 | Toyland TOYS | Copyright | $5,000 |

| Doe No. | Defendant Internet Store | Cause(s) of Action | Statutory Damages Award |
|---|---|---|---|
| 67 | Triangel_yu | Copyright | $5,000 |
| 70 | wdmg | Copyright | $5,000 |
| 73 | XHXXM | Copyright | $5,000 |
| 74 | Xinhui balloon | Copyright | $5,000 |
| 75 | YANG LI QIN | Copyright | $5,000 |
| 79 | YSVVALDEG-US | Copyright | $5,000 |
| 85 | ZhangSLi | Copyright | $5,000 |
| 87 | A3V0D8G0YTAR32 [皓倩奕贸易商行] | Copyright | $5,000 |

## Exhibit C

## Plaintiff's Copyrighted Works

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Happy Bee | | March 15, 1997 | Apr 24, 2003 | VA 1-206-711 |
| Champagne Bottle | | Jan 21, 1998 | Aug 03, 2017 | VA 2-060-573 |
| It's A Girl Foot | | Dec 15, 2000 | Apr 24, 2003 | VA 1-206-717 |
| Sunshine Sun | | Jan 25, 2000 | March 27, 2018 | VA 2-118-018 |
| Dancing Skeleton | | Feb 15, 2012 | Oct 30, 2019 | VA 2-185-233 |
| Spider | | Feb 15, 2012 | Oct 30, 2019 | VA 2-185-234 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Smiley Snowman | | June 01, 2015 | Jan 09, 2020 | VA 2-204-649 |
| Pineapple | | June 15, 2015 | Nov 08, 2019 | VA 2-192-097 |
| Rainbow with Clouds | | Jan 25, 2000 | Mar 28, 2018 | VA 2-117-643 |
| Dump Truck | | Aug 30, 2015 | Feb 21, 2020 | VA 2-192-008 |
| Tropical Palm Trees | | May 23, 2019 | Mar 18, 2021 | VA 2-247-339 |
| Iridescent Ghost | | Oct 22, 2018 | Mar 14, 2019 | VA 2-176-628 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Babysaurus | | Oct 01, 2019 | Mar 18, 2021 | VA 2-247-340 |
| Zebra Print Patterns | | Jan 16, 2020 | Feb 11, 2020 | VA 2-197-444 |
| Stacked Bday Icons | | May 06, 2020 | May 14, 2020 | VA 2-207-797 |
| Stegosaurus | | Aug 21, 2018 | Feb 19, 2024 | VA 2-392-990 |
| Silly Octopus | | April 01, 2016 | April 18, 2024 | VA 2-403-719 |

18

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Mr. Froggy | | Dec. 01, 2017 | April 18, 2024 | VA 2-403-726 |
| Happy Cake Day | | Feb. 09, 2021 | April 19, 2024 | VA 2-403-702 |
| Happy Spring Butterfly | | June 15, 2015 | April 23, 2019 | VA 2-156-842 |
| Disco Ball | | May 29, 2018 | February 12, 2020 | VA 2-198-751 |
| Champagne Glass | | February 08, 1999 | July 24, 2017 | VA 2-059-085 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Black Bat | | September 16, 2016 | September 27, 2024 | VA 2-442-060 |
| Triple Layer Cake | | March 06, 2012 | July 24, 2017 | VA 2-059-121 |
| LOVE Wedding | | May 06, 2020 | May 14, 2020 | VA 2-207-831 |
| Star Cluster Black & Gold | | May 06, 2020 | May 14, 2020 | VA 2-207-833 |
| Police Car | | June 30, 2015 | November 08, 2019 | VA 2-192-096 |

| Title of Work | Image | Date of first publication | Eff. Date of registration | Reg number |
|---|---|---|---|---|
| Magical Unicorn | 37273 Magical Unicorn | July 05, 2017 | February 01, 2018 | VA 2-085-924 |